Daniel L. Reback (SBN 239884)
  Email: dreback@kranesmith.com
Jeremy Smith (SBN 242430)
  Email: jsmith@kranesmith.com
Benjamin J. Smith (SBN 266712)
  Email: bsmith@kranesmith.com
**KRANE & SMITH, APC**
16255 Ventura Boulevard, Suite 600
Encino, CA 91436
Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff,
CHRISTOPHER GORDON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GORDON, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>DRAPE CREATIVE, INC., a Missouri corporation; PAPYRUS-RECYCLED GREETINGS, INC., an Illinois corporation; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No. CV 15-04905 JFW (PLAx)<br><br>Hon. John F. Walter, presiding<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1. **TRADEMARK INFRINGEMENT** [15 U.S.C. §1114 *et seq.*];<br>2. **TRADEMARK INFRINGEMENT** [California law];<br>3. **FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN** [15 U.S.C. §1125(a)]**; and**<br>4. **UNFAIR COMPETITION** [California law]<br><br>**DEMAND FOR JURY TRIAL** |

FIRST AMENDED COMPLAINT

Plaintiff CHRISTOPHER GORDON ("Plaintiff") alleges as follows:

## INTRODUCTION

Plaintiff is a comedic narrator who, on January 18, 2011, published a video on YouTube that consisted of his original narration humorously describing the traits of a honey badger. The video went "viral" and has generated more than *76 million* views on YouTube.  In the video, Plaintiff's original expressions and jokes include the phrases "Honey Badger Don't Care," and "Honey Badger Don't Give a Shit", among others.  Plaintiff's original expressions have gained a tremendous amount of notoriety, and his expressions have been referred to in commercials, television shows, magazines, and throughout the internet, and by numerous celebrities. Plaintiff copyrighted his narration and trademarked "HONEY BADGER DON'T CARE" under four separate registration numbers for various classes of goods, including, *inter alia*, t-shirts, audio books, computer application software and plush toys.  Plaintiff has also produced, advertised, and sold merchandise, including greeting cards, bearing his expressions and trademarks of "Honey Badger Don't Care" and "Honey Badger Don't Give a Shit" since soon after the video was published, and he continues to sell and license greeting cards bearing his expressions and marks today.

Upon information and belief, Defendant Drape Creative, Inc. and Defendant Papyrus-Recycled Greetings, Inc. collaborated to manufacture, distribute, sell and advertise several different greeting cards that copied Plaintiff's expression and trademark, "Honey Badger Don't Give a Shit."  Defendants' unauthorized sales of

FIRST AMENDED COMPLAINT

greeting cards bearing Plaintiff's trademark and expressions, coupled with their intentional deceptive business practices to create customer confusion, which actually happened here, constitute, *inter alia*, willful trademark infringement and unfair competition.

## JURISDICTION AND VENUE

1.     This is a civil action arising under the Trademark Laws of the United States, 15 U.S.C. §§1051, *et seq*. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338.

2.     This Court has supplemental jurisdiction over the claims in this Complaint that arise under California law pursuant to 28 U.S.C. §1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1400(a). At all times relevant hereto, Plaintiff has been a resident of Los Angeles, California. The infringing products which are the subject of this litigation have been distributed and offered for distribution in the Central District of California, and the Defendants transact business in the Central District of California. Defendants have extensive contacts with, and conduct business within, this District; have placed products into the stream of commerce in this District; and have caused tortious injury to Plaintiff in this District.

FIRST AMENDED COMPLAINT

## PARTIES

4.     Plaintiff is an individual residing in Los Angeles, California.

5.     Plaintiff is informed and believes, and thereon alleges, that Defendant Drape Creative, Inc. ("DCI") is a Missouri corporation that is subject to the jurisdiction of this Court.  DCI, which does business as Tomato Cards, designs greeting cards and conducts its business on the internet at dcistudios.com.

6.     Plaintiff is informed and believes, and thereon alleges, that Defendant Papyrus-Recycled Greetings, Inc. ("Recycled Greetings") is an Illinois corporation that is subject to the jurisdiction of this Court.  Recycled Greetings produces and sells greeting cards and conducts its business on the internet at prgreetings.com.

7.     According to its website, DCI is "[k]nown for their clever humor and depth of design" and more than 20,000,000 of their cards are sold annually, making DCI the "largest contributor" to Defendant Recycled Greetings.  Plaintiff is informed and believes, and thereon alleges, that Defendant DCI and Defendant Recycled Greetings (collectively, "Defendants") authorized, directed, participated in, contributed to, ratified, and/or accepted the benefits of the wrongful acts as alleged herein.

8.     The true names and capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes and based thereon alleges that each of the fictitiously named defendants is

FIRST AMENDED COMPLAINT

1  responsible in some manner for the events, acts, occurrences and liabilities alleged and

2  referred to herein.  Some of the DOE defendants include the retailers who sold the

3

4  infringing greeting cards, however, Plaintiff currently does not know their identities.

5  Plaintiff will seek leave to amend this Complaint to allege the true names and

6  capacities of these DOE defendants when the same are ascertained.

7

8  ## SUBSTANTIVE ALLEGATIONS

9  ### *Plaintiff and His Video, Copyright and Trademark*

10  9.      Plaintiff is a comedian, narrator, writer, and actor, and is commonly

11  known by his alias, "Randall."

12

13  10.     On January 18, 2011, Plaintiff published a video (the "Video") on

14  YouTube that consisted of his original narration humorously describing the traits of a

15  honey badger.[1]  The Video, titled *The Crazy Nastyass Honey Badger (original*

16  *narration by Randall)*, became an instant hit.  The Video went "viral" and is one of

17

18  the most popular videos ever uploaded onto YouTube.  To date, the Video has

19  generated more than *76 million* views on YouTube.  The Video and subsequent

20  phenomenon have been covered by internet blogs such as the *Huffington Post* (which

21  proclaimed "Honey Badger Don't Care [as] the best nature video of all time") as well

22

23  as by entertainment and news outlets from *Forbes* to the *New York Observer* to *TMZ*.

24  11.     In the Video, among Plaintiff's original expressions and jokes are  that

25

26

27  ---

28  [1]The Video is available at https://www.youtube.com/watch?v=4r7wHMg5Yjg

the "HONEY BADGER DON'T CARE" and the "HONEY BADGER DON'T GIVE A SHIT." Specifically regarding the phrase "Honey Badger Don't Give a Shit" ("HBDGS"), Plaintiff recites that expression verbatim or similarly four (4) different times in the Video. (Video at 0:24; 0:35; 1:18; and 1:30.) Plaintiff's original expressions (and others contained in the Video) have gained a tremendous amount of notoriety, and his expressions have been referred to in commercials, television shows, magazines, and throughout the internet.

12.    Plaintiff is the owner of trademark registrations for HONEY BADGER DON'T CARE (the "Mark"). Plaintiff registered the Mark with the United States Patent and Trademark Office ("USPTO") for various classes of goods under the following Registration Numbers: 4,505,781; 4,419,079; 4,419,081; and 4,281,472. Attached hereto as **Exhibit A** are true and correct copies of the Trademark Registrations.

13.    Initially, the USPTO rejected Plaintiff's trademark application on the grounds that Plaintiff's usage of the Mark was ornamental and did not function as a trademark to identify Plaintiff as the source of his goods. Plaintiff responded to the USPTO, detailing why the Mark was an indicator of source. In his Response to Office Action sent to the USPTO, Plaintiff included screenshots of his Video and website, provided specimens showing the various goods he sold using the Mark, and cited law in support of his argument that the Mark was not merely ornamental but served as a source identifier. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's

Response to Office Action sent to the USPTO. The USPTO considered the evidence, reversed its initial decision, and issued Plaintiff the trademark registrations.

14.     After the Video was published, Plaintiff produced and sold goods, including, *inter alia*, t-shirts, sweatshirts, bumper stickers, hats, mugs and plush dolls that displayed his Mark and expressions. Plaintiff has also selectively licensed his intellectual property rights to third parties in order to monetize the profitability of his Marks.

15.     In about February 2011, since soon after the Video was made, Plaintiff began using the HBDGS mark as a trademark on goods. Plaintiff used, and uses, the HBDGS mark as a source identifier on numerous products, including: men's t-shirts; women's t-shirts; women's tank tops; baby bodysuits; infant t-shirts; hats; coffee mugs; keychains; magnets; stickers; mugs; plates; aprons; buttons; mouse pads; and posters. Attached hereto as **Exhibit C** are true and correct copies of advertisements for some of Plaintiff's authorized goods bearing his HBDGS mark.

16.     Specifically, Plaintiff also produced and sold greeting cards and postcards that displayed both his trademarks and expressions of "Honey Badger Don't Care" and HBDGS. For example, attached hereto as **Exhibit D** is a true and correct copy of an advertisement for one of Plaintiff's authorized postcards bearing his HBDGS mark. In addition, attached hereto as **Exhibit E** are true and correct copies of some of Plaintiff's authorized greeting cards bearing his Mark. Some of Plaintiff's authorized greeting cards state, "Honey Badger Don't Care!!! About Christmas" and

-7-

"Honey badger don't care about St. Patrick's Day."  (Ex. E)  As alleged herein, Defendants' unauthorized greeting cards are confusingly similar to Plaintiff's authorized greeting cards.  Plaintiff continues to sell such greeting cards and postcards today.

17.     Plaintiff primarily advertises his goods bearing his Marks, including greeting cards, on the internet.  Sales of Plaintiff's merchandise bearing his Marks have been substantial, with a majority of the sales occurring via the internet.

18.     Plaintiff's trademark is inherently distinctive and/or has acquired secondary meaning as to the source of all products advertised, marketed, sold, or used in connection with his trademark and derivations thereof.  The Mark and its derivations are instantly recognizable as being associated with Plaintiff (i.e. Randall). The Mark and/or its derivations have appeared in Plaintiff's Video, and have since been displayed on numerous advertisements and goods that Plaintiff promotes. Plaintiff even authored a book titled *Honey Badger Don't Care:  Randall's Guide to Crazy Nastyass Animals,* and launched a mobile "app" titled *The Honey Badger Don't Care.*

19.     Plaintiff has expended a significant amount of time and effort in making his Marks well-known to the public.  Plaintiff has promoted his Marks by, *inter alia*, advertising it in connection with his products, making guest appearances in media outlets, and publicizing the Marks through social media platforms.

20.     As a result of the foregoing, including, but not limited to, the extensive

-8-

FIRST AMENDED COMPLAINT

advertisements, promotions, sales, and enormous popularity of the Marks, the public has come to exclusively identify the Mark and its derivations with Plaintiff.  Among other things, Plaintiff, his expressions, and/or his Mark have appeared or been alluded to in a Wonderful Pistachios commercial during *Dancing with the Stars*, in an episode of the popular television show *America's Got Talent*, in an episode of the hit television series *Glee* by the show's famous cheerleading coach Sue Sylvester (Jane Lynch), in a *Vogue* profile of celebrity recording artist Taylor Swift, and on the *Howard Stern* radio show (Baba Booey). Plaintiff's expressions and Mark are famous and distinctive under applicable law, including within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127.

### *Defendants' Unlawful Activities and Willful Infringement*

21.     Defendants are competitors of Plaintiff, as they also produce and sell greeting cards.

22.     Defendants created, produced, distributed and sold greeting cards that bore: Plaintiff's expressions that were copied verbatim from Plaintiff's Video; derivations of Plaintiff's Mark; and phrases confusingly similar to Plaintiff's Mark. For instance, Defendants sold multiple variations of greeting cards that stated, "Honey Badger don't give a shit," a clear reference to, and improper use and trading off of, Plaintiff's Mark.  Defendants' greeting cards are confusingly similar to Plaintiff's authorized cards.  For instance, some of Defendants' greeting cards state, "Halloween is Here. Honey Badger don't give a shit." and "It's Your Birthday! Honey Badger

---

FIRST AMENDED COMPLAINT

Don't Give A Sh*T."  Attached hereto as **Exhibit F** are true and correct copies of some of Defendants' infringing greeting cards.  Defendants produced and sold these greeting cards throughout the United States, including California.  Defendants began selling the infringing greeting cards after Plaintiff used the Honey Badger Don't Care and HBDGS marks in commerce.

23.    Defendants' unlawful use of Plaintiff's trademark and their unfair competition enabled them to reap financial success, as Defendants produced and sold greeting cards in various formats, all with derivations of Plaintiff's trademark. Defendants' sales of the infringing cards were substantial, as the cards were sold in numerous retail stores throughout the country.

24.    In producing and selling the infringing cards, Defendants intended to capitalize on Plaintiff's Mark, trample upon his intellectual property rights, and cause customer confusion in the process.  Actual customer confusion occurred, as Plaintiff (i.e., Randall) received inquiries from his admirers who asked Plaintiff whether the greeting cards were his own and customers believed Defendants' cards were affiliated with Plaintiff.   Consumers actually inferred a connection between Defendants' greeting cards and Plaintiff.  Some examples include one of Plaintiff's admirers "tweeting" he saw a line of Defendants' greeting cards and stating Defendants were "riding off your name", and another admirer who sent Plaintiff photocopies of Defendants' cards and said, "I hope you're getting royalties from this stuff."  Another consumer bought Defendants' cards, tweeted to Plaintiff a photo of Defendants' cards

FIRST AMENDED COMPLAINT

and stated, "@Randallsanimals look what we found" in belief the consumer purchased one of Plaintiff's authorized greeting cards. Attached hereto as **Exhibit G** is a true and correct copy of one of the tweets received by Plaintiff concerning Defendants' cards. The cards were not authorized by Plaintiff, though they misleadingly appeared to be.

25.     Defendants' intentional and deceitful acts of unfair competition and use of the Marks have caused confusion, and are likely to do so in the future, and have caused mistake and deception as to the affiliation or association of the Defendants with Plaintiff, and as to the origin, sponsorship, or approval of the Defendants' goods by Plaintiff. Plaintiff has neither authorized nor consented to the use by Defendants of the Mark, any colorable imitation of it, or any mark confusingly similar to it.

26.     Plaintiff is informed and believes, and thereon alleges, the Defendants' purpose in utilizing the Marks is an attempt to benefit unfairly from the valuable goodwill and extreme popularity of the Marks, which was established at great expense and effort by Plaintiff. Defendants' use of Plaintiff's HBDGS mark was a clear attempt to steer customers its way and confuse them as to the source of the goods, for commercial gain. Defendants unlawfully capitalized off Plaintiff's goodwill and intellectual property rights.

27.     On information and belief, notwithstanding Plaintiff's written demand that Defendant cease and desist from selling the infringing cards, Defendant continued to sell the infringing cards in intentional disregard of Plaintiff's rights.

# FIRST CLAIM

## (Trademark Infringement under 15 U.S.C. §1114 *et seq.* Against All

## Defendants)

28.    Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 27, as though fully set forth herein.

29.    The aforesaid acts of Defendants constitute infringement of the Mark under 15 U.S.C. §1114 *et seq.*

30.    As a direct and proximate result of Defendants' wrongful acts, Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to his trademark, reputation, and goodwill.  Defendants will continue to use the Mark and will cause irreparable damage to Plaintiff.  Plaintiff has no adequate remedy at law and is entitled to an injunction restraining Defendants and their officers, agents, employees, and all persons acting in concert with them, from engaging in further acts of infringement.

31.    Plaintiff is further entitled to recover from Defendants the actual damages that he sustained and/or is likely to sustain as a result of Defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages that he has sustained and/or is likely to sustain by reason of Defendants' acts of trademark infringement.

32.    Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages that Defendants have obtained as a result of their wrongful acts. Plaintiff is presently unable to ascertain the extent of the gains, profits, and advantages

-12-

that Defendants have realized by reason of their acts of trademark infringement.

33.     Because of the willful nature of the wrongful acts of Defendants, Plaintiff is entitled to all remedies available under 15 U.S.C. §§1117 and 1118, including but not limited to an award of treble damages and increased profits pursuant to 15 U.S.C. §1117.

34.     Plaintiff also is entitled to recover his attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117.

## SECOND CLAIM

## (Trademark Infringement under California Common Law Against All Defendants)

35.     Plaintiff repeats, repleads and realleges paragraphs 1 through 34, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

36.     Defendants' use of the Marks without Plaintiff's consent constitutes trademark infringement and unfair competition in violation of California common law in that, among other things, such use is likely to cause confusion, deception, and mistake among the consuming public as to the source, approval or sponsorship of the goods offered by Defendants.

37.     Defendants' acts were designed to trade upon Plaintiff's reputation and goodwill by causing confusion and mistake among consumers and the public. Plaintiff is entitled to preliminary and permanent injunctions restraining and enjoining

-13-

Defendants and their officers, agents, affiliates, vendors, partners and employees, and all persons acting in concert with Defendants, from using in commerce Plaintiff's federally registered Mark and its derivations and his common law rights in same.

38.     As a direct and proximate result of Defendants' willful and intentional actions, Plaintiff has suffered damages in an amount to be determined at trial. Because of the willful nature of Defendants' wrongful acts, Plaintiff is entitled to an award of punitive damages.

<u>**THIRD CLAIM**</u>

**(Federal Unfair Competition and False Designation of Origin in Violation of**

**15 U.S.C. §1125(a) Against All Defendants)**

39.     Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 38, as though fully set forth herein.

40.     Defendants' acts as alleged above constitute unfair competition and a false designation of origin which have caused confusion, mistake, deception as to the affiliation, connection or association of Defendants with Plaintiff and as to the origin, sponsorship, or approval of Defendants' goods, services and/or activities by Plaintiff and are likely to do so in the future, in violation of the Lanham Act, 15 U.S.C. §1125(a).

41.     As a direct and proximate result of Defendants' wrongful acts, Plaintiff has suffered and continues to suffer and is likely to suffer damage to his reputation, goodwill, and to the Marks. Defendants will continue the activities alleged herein and

-14-

will cause irreparable damage to Plaintiff.  Plaintiff has no adequate remedy at law and is entitled to an injunction restraining Defendants, their officers, agents, affiliates, vendors, partners and employees, and all persons acting in concert with Defendants, from engaging in further acts of unfair competition, deceitful acts using the Marks, and false designation of origin and false affiliation and association.

42.     Plaintiff is further entitled to recover from Defendants the actual damages that he sustained and/or is likely to sustain as a result of Defendants' wrongful and devious acts.  Plaintiff is presently unable to ascertain the full extent of the monetary damages that he has suffered and/or is likely to sustain by reason of Defendants' acts of unfair competition and false designation of origin and false affiliation and association.

43.     Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages they have obtained as a result of their wrongful and malicious acts. Plaintiff is presently unable to ascertain the extent of the gains, profits, and advantages that Defendants have realized by reason of their acts of unfair competition and false designation of origin and false affiliation and association.

44.     Because of the willful nature of the wrongful acts of Defendants, Plaintiff is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. §1117.

45.     Plaintiff is also entitled to recover his attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117.

FIRST AMENDED COMPLAINT

## FOURTH CLAIM

### (Unfair Competition Against All Defendants)

46.     Plaintiff repeats, repleads and realleges paragraphs 1 through 45, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

47.     Defendants' actions constitute unfair competition under the statutory law of California, including California Business and Professions Code section 17200, *et seq.*, and under the common law of the State of California.

48.     The acts and conduct of Defendants complained of herein have caused Plaintiff irreparable injury, and will, unless retrained, further impair the value of his Marks, intellectual property rights, reputation, and goodwill. Plaintiff has no adequate remedy at law.

49.     Plaintiff is informed and believes that Defendants have unlawfully obtained profits through their acts of unfair competition. Defendants should be forced to disgorge such unlawful profits to Plaintiff.

50.     Plaintiff is further entitled to recover from Defendants his actual damages sustained as a result of Defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages he has suffered by reason of Defendants' acts of unfair competition.

51.     Because of the willful nature of Defendants' wrongful acts, Plaintiff is entitled to an award of punitive damages.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants and each of them as follows:

1.      That Defendants have (i) infringed the Mark under 15 U.S.C. §1114 *et seq.*; (ii) infringed the Marks under California law; and (iii) engaged in unfair competition, and violated California Business and Professions Code section 17200 *et seq.*

2.      That each of the above acts were willful.

3.      That Plaintiff be awarded (i) all profits of Defendants, (ii) all of his damages, (iii) statutory damages available under the law including 15 U.S.C. §1117, if elected, (iv) treble damages, (v) punitive damages, (vi) disgorgement and restitution of all benefits received by Defendants arising from their infringement as provided by law, and/or (vii) enhanced damages for Defendants' willful infringement as provided in 15 U.S.C. §1117, the sum of which will be proven at the time of trial.

4.      That Defendants, their officers, agents, servants, affiliates, partners, vendors, employees and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from:

a.      Using Plaintiff's expression and mark "HONEY BADGER DON'T CARE" or any colorable imitation thereof, or any other expression or mark likely to cause confusion, mistake, or deception, in connection with the sale, offering for sale,

distribution, manufacturing, advertising, or promotion of their

goods or services;

b.   Using any false designation of origin or false description that

can, or is likely to, lead the public to believe that any product

manufactured, distributed, sold, offered for sale, or advertised by

Defendant are in any manner associated or connected with

Plaintiff is sold, manufactured, licensed, sponsored, or approved

or authorized by Plaintiff; and

c.   Engaging in any other activity constituting an infringement of

Plaintiff's trademark rights or otherwise unfairly competing with

Plaintiff.

5.   That Defendants be directed to deliver up to Plaintiff all products bearing

the Mark, any copy, simulation, variation or colorable imitations of the Mark, and any

documents or tangible things that discuss, describe, mention or relate to such products.

6.   That Defendants file with the Court and serve upon Plaintiff's counsel

within thirty (30) days after entry of judgment a report in writing under oath setting

forth in detail the manner and form in which Defendants have complied with the

requirements of the injunction.

7.   That Defendants be required to pay to Plaintiff all of his costs,

disbursements, and attorney's fees in this action.

8.   For prejudgment interest.

-18-

FIRST AMENDED COMPLAINT

9.      For such other relief as the Court deems proper.

DATED:  December 22, 2015         Respectfully submitted,

KRANE & SMITH, APC


By: _____
      DANIEL L. REBACK
      Attorneys for Plaintiff, Christopher
      Gordon

FIRST AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff CHRISTOPHER GORDON hereby demands a jury trial in this

3

4

action.

5

6

DATED:  December 22, 2015

Respectfully submitted,

KRANE & SMITH, APC

7

8

9

10

By: _____

11

DANIEL L. REBACK
Attorneys for Plaintiff, Christopher
Gordon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-20-

FIRST AMENDED COMPLAINT

**EXHIBIT "A"**

# United States of America

## United States Patent and Trademark Office

# HONEY BADGER DON'T CARE

**Reg. No. 4,505,781**
**Registered Apr. 1, 2014**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, ONE PIECE GARMENT FOR INFANTS AND TODDLERS, LONG-SLEEVE SHIRTS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-24-2011; IN COMMERCE 2-24-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-447,667, FILED 10-14-2011.

SCOTT BIBB, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

**EXHIBIT A**



# United States of America

### United States Patent and Trademark Office

## HONEY BADGER DON'T CARE

**Reg. No. 4,281,472**
**Registered Jan. 29, 2013**
**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
PO BOX 1135
CHICAGO, IL 606901135

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-7-2011; IN COMMERCE 10-7-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-449,921, FILED 10-18-2011.

SCOTT BIBB, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# HONEY BADGER DON'T CARE

**Reg. No. 4,419,081**

**Registered Oct. 15, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: (BASED ON USE) CHRISTMAS TREE ORNAMENTS AND DECORATIONS, TALKING DOLLS AND PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-8-2011; IN COMMERCE 10-8-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-449,924, FILED 10-18-2011.

SCOTT BIBB, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HONEY BADGER DON'T CARE

**Reg. No. 4,419,079**

**Registered Oct. 15, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: AUDIO BOOKS IN THE FIELD OF COMEDY, PARODY AND SATIRE; COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, PORTABLE MEDIA PLAYERS, HANDHELD COMPUTERS, NAMELY, SOFTWARE FOR PLAYING GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2011; IN COMMERCE 12-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-447,668, FILED 10-14-2011.

SCOTT BIBB, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

# EXHIBIT "B"

PTO Form 1957 (Rev 9.2005)
OMB No 0651-0050 (Exp 07 31 2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85447667 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85447667 |
| **LITERAL ELEMENT** | HONEY BADGER DON'T CARE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        Christopher Z. Gordon

Mark:        HONEY BADGER DON'T CARE

Serial No.        85/447,667

Examining
Attorney:        Scott K. Bibb
                         Law Office 109

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

### RESPONSE TO OFFICE ACTION OF FEBRUARY 9, 2012

The applicant, Christopher Z. Gordon ("Applicant"), by its attorneys, responds to the Office Action of February 9, 2012 as follows:

EXHIBIT B

# I.
## INTRODUCTION

Applicant filed to register the mark HONEY BADGER DON'T CARE for the following goods, a amended herein, "clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers (based on use); long-sleeve shirts, caps; and pajamas (based on intent to use)" in Class 25. In an Office Action dated February 9, 2012, the Examining Attorney refused registration of Applicant's mark pursuant to 15 U.S.C §§ 1051-52, 1127 on the grounds that the mark as used on the specimen submitted for the clothing, namely t-shirts, tank tops, one piece garment for infants and toddlers is merely a decorative or ornamental feature of the goods.

Applicant respectfully disagrees with the Examining Attorney's conclusion that its HONEY BADGER DON'T CARE mark is a merely ornamental feature of Applicant's goods. Instead, Applicant submits that the mark is an indicator of source for the identified goods.

# II.
## THE MARK HONEY BADGER DON'T CARE
## IS A SOURCE IDENTIFIER

If an applicant establishes that the proposed mark serves as an indicator of secondary source, the matter is registrable on the Principal Register. TMEP § 1202.03(c). In order to demonstrate the secondary-source function, the applicant may submit evidence that the proposed mark would be recognized as a mark through use with goods or services other than those identified in the application. Id.

Applicant submitted a screenshot from its online store showing use of the mark in connection with clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, as a specimen in support of Applicant's assertion of the 1(a) basis for its clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers. The Examining Attorney objected to the specimen on the grounds that the mark was merely an ornamental feature of the goods. Applicant submits that its HONEY BADGER DON'T CARE mark is a source identifier of Applicant's clothing. Indeed, Applicant uses the mark HONEY BADGER DON'T CARE in connection with several other goods, as shown in the specimen and as discussed below.

Moreover, "just because a 'mark' is visually pleasing or serves in some way to ornament the good does not render it unregistrable if the mark is also inherently distinctive . . . ." In re Tire Mart, Inc., Serial No. 78292388 (not precedential) (citing In re Swift & Co., 106 U.S.P.Q. 286, 288 (CCPA 1955). For example, in In re Paramount Pictures Corp., the Board held that MORK & MINDY was registrable for decals because the applicant had a television series of that name and had previously registered MORK & MINDY for various goods and services. 213 U.S.P.Q. 1111, 1112 (TTAB 1982); TMEP § 1202.03(c). The Board found that while MORK & MINDY was part of the ornamentation of the decal, the primary significance of MORK & MINDY to a prospective purchaser of decals was to indicate source or origin in the proprietor of the television series and its principal characters. Id.

Applicant submits that its HONEY BADGER DON'T CARE mark is not mere ornamentation but similar to the terms MORK & MINDY in In re Paramount Pictures Corp., the mark references a well known media phenomenon created by Applicant and serves as a source identifier for Applicant's goods. Applicant is the creator of the viral video "The Crazy Nastyass Honey Badger," a wildlife narration about the honey badger animal, which has received more than 48 million hits on YouTube.com (available at http://www.youtube.com/watch?v=4r7wHMg5Yjg; screenshot attached as Exhibit A). One of the most well-known lines from the video is "honey badger don't care." See Exhibit B (screenshot of Applicant's website, page 2).

Most importantly, Applicant now uses HONEY BADGER DON'T CARE as a trademark. As shown in the specimen submitted, the mark is used as a source identifier in connection with decals, mugs, dolls and Christmas tree ornaments, among other items. See Exhibit C (screenshot of Applicant's online store

Amazon.com screenshot showing doll for sale). Applicant also offers a wall calendar under the mark, and sells a smart phone application under the HONEY BADGER DON'T CARE mark. See Exhibit D Additionally, Applicant is offering books under the HONEY BADGER DON'T CARE mark. See Exhibit E. Like the Mork & Mindy characters in In re Paramount Pictures Corp., the terms "HONEY BADGER DON'T CARE" are frequently featured in Applicant's video and used as a trademark in connection with other goods. Therefore, the primary significance of the mark to purchasers of Applicant's clothing namely, t-shirts, tank tops, one piece garment for infants and toddlers, will be to indicate origin in Applicant, the proprietor of the Internet video.

Because the mark serves as a source identifier, rather than mere ornamentation, Applicant respectfully submits that the mark should be approved for registration.

## III.
## CONCLUSION

In view of the foregoing, Applicant respectfully submits that the subject application is therefore appropriate for publication. Favorable action in this regard is respectfully requested.

## EVIDENCE SECTION

### EVIDENCE FILE NAME(S)

| | |
|---|---|
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._tyass_Honey_Badger__original_narration_by_Randall_ _YouTube.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0003.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_B_-_Randall_s_Honey_Badger___About.pdf |
| **CONVERTED PDF FILE(S) (12 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0013.JPG |

| | |
|---|---|
| · | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0015.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_C_-_Online_store__doll.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0016.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0017.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0018.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0019.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0020.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0021.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_D_-_Calendar_and_Apps.pdf |
| **CONVERTED PDF FILE(S) (11 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0022.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0023.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0024.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0025.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0026.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0027.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0028.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0029.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0030.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0031.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0032.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_E_-_Honey_Badger_Don_t_Care_Book.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0033.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0034.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0035.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0036.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0037.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0038.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | Exhbit A - screenshot of YouTube.com; Exhibit B - screenshot of Applicant's website; Exhibit C - screenshot of Applicant's online store; Exhibit D - screenshots of Applicant's wall calendar and smart phone application; Exhibit E - Amazon.com screenshot of Applicant's book has been attached |

### GOODS AND/OR SERVICES SECTION (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 025 |

**DESCRIPTION**

(Based on use) Clothing, namely, t-shirts, tank tops, onesies; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

| | |
|---|---|
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/24/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/24/2011 |
| **FILING BASIS** | Section 1(b) |

### GOODS AND/OR SERVICES SECTION (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 025 |

**TRACKED TEXT DESCRIPTION**

~~(Based on use) Clothing, namely, t-shirts, tank tops, onesies~~; (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

**FINAL DESCRIPTION**

(Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

| | |
|---|---|
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/24/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/24/2011 |
| **FILING BASIS** | Section 1(b) |

| SIGNATURE SECTION | |
|---|---|
| **RESPONSE SIGNATURE** | /sh/ |
| **SIGNATORY'S NAME** | Sana Hakim |
| **SIGNATORY'S POSITION** | Attorney of record, Illinois bar member |
| **SIGNATORY'S PHONE NUMBER** | 312-807-4350 |
| **DATE SIGNED** | 08/09/2012 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Aug 09 15:43:12 EDT 2012 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XX.XX-20 120809154312782247-854476 67-4909aed1d12ceeec3e2e4d 72db585ed-N/A-N/A-2012080 9152955980940 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 07/31/2017)

## Response to Office Action
## To the Commissioner for Trademarks:

Application serial no. **85447667** HONEY BADGER DON'T CARE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85447667) has been amended as follows:
**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Christopher Z. Gordon

Mark:      HONEY BADGER DON'T CARE

Serial No.      85/447,667

Examining
Attorney:      Scott K. Bibb
                    Law Office 109

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

## RESPONSE TO OFFICE ACTION OF FEBRUARY 9, 2012

The applicant, Christopher Z. Gordon ("Applicant"),  by its attorneys, responds to the Office  Action
of February 9, 2012 as follows:

## I.
## INTRODUCTION

Applicant filed to register the mark HONEY BADGER DON'T CARE for the following goods, as amended herein, "clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers (based on use); long-sleeve shirts, caps; and pajamas (based on intent to use)" in Class 25. In an Office Action dated February 9, 2012, the Examining Attorney refused registration of Applicant's mark pursuant to 15 U.S.C. §§ 1051-52, 1127 on the grounds that the mark as used on the specimen submitted for the clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers is merely a decorative or ornamental feature of the goods.

Applicant respectfully disagrees with the Examining Attorney's  conclusion that its HONEY BADGER DON'T CARE mark is a merely ornamental feature of Applicant's goods. Instead, Applicant submits that the mark is an indicator of source for the identified goods.

## II.
## THE MARK HONEY BADGER DON'T CARE
## IS A SOURCE IDENTIFIER

If an applicant establishes that the proposed mark serves as an indicator of secondary source, the matter is registrable on the Principal Register. TMEP § 1202.03(c). In order to demonstrate the secondary-source function, the applicant may submit evidence that the proposed mark would be recognized as a mark through use with goods or services other than those identified in the application. Id.

Applicant submitted a screenshot from its online store showing use of the mark in connection with clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, as a specimen in support of Applicant's assertion of the 1(a) basis for its clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers. The Examining Attorney objected to the specimen on the grounds that the mark was merely an ornamental feature of the goods. Applicant submits that its HONEY BADGER DON'T CARE mark is a source identifier of Applicant's clothing. Indeed, Applicant uses the mark HONEY BADGER DON'T CARE in connection with several other goods, as shown in the specimen and as discussed below.

Moreover, "just because a 'mark'  is visually pleasing or serves in some way to ornament the goods does not render it unregistrable if the mark is also inherently distinctive . . . ." In re Tire Mart, Inc., Serial No. 78292388 (not precedential) (citing In re Swift & Co., 106 U.S.P.Q. 286, 288 (CCPA 1955). For example, in In re Paramount Pictures Corp., the Board held that MORK & MINDY was registrable for decals because the applicant had a television series of that name and had previously registered MORK & MINDY for various goods and services. 213 U.S.P.Q. 1111, 1112 (TTAB 1982); TMEP § 1202.03(c). The Board found that while MORK & MINDY was part of the ornamentation of the decal, the primary significance of MORK & MINDY to a prospective purchaser of decals was to indicate source or origin in the proprietor of the television series and its principal characters. Id.

Applicant submits that its HONEY BADGER DON'T CARE mark is not mere ornamentation but, similar to the terms MORK & MINDY in In re Paramount Pictures Corp., the mark references a well-known media phenomenon created by Applicant and serves as a source identifier for Applicant's goods.

Applicant is the creator of the viral video "The Crazy Nastyass Honey Badger," a wildlife narration about the honey badger animal, which has received more than 48 million hits on YouTube.com (available at http://www.youtube.com/watch?v=4r7wHMg5Yjg; screenshot attached as Exhibit A). One of the most well-known lines from the video is "honey badger don't care." See Exhibit B (screenshot of Applicant's website, page 2).

Most importantly, Applicant now uses HONEY BADGER DON'T CARE as a trademark. As shown in the specimen submitted, the mark is used as a source identifier in connection with decals, mugs, dolls, and Christmas tree ornaments, among other items. See Exhibit C (screenshot of Applicant's online store; Amazon.com screenshot showing doll for sale). Applicant also offers a wall calendar under the mark, and sells a smart phone application under the HONEY BADGER DON'T CARE mark. See Exhibit D. Additionally, Applicant is offering books under the HONEY BADGER DON'T CARE mark. See Exhibit E. Like the Mork & Mindy characters in In re Paramount Pictures Corp., the terms "HONEY BADGER DON'T CARE" are frequently featured in Applicant's video and used as a trademark in connection with other goods. Therefore, the primary significance of the mark to purchasers of Applicant's clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, will be to indicate origin in Applicant, the proprietor of the Internet video.

Because the mark serves as a source identifier, rather than mere ornamentation, Applicant respectfully submits that the mark should be approved for registration.

### III.
### CONCLUSION

In view of the foregoing, Applicant respectfully submits that the subject application is therefore appropriate for publication. Favorable action in this regard is respectfully requested.

**EVIDENCE**

Evidence in the nature of Exhbit A - screenshot of YouTube.com; Exhibit B - screenshot of Applicant's website; Exhibit C - screenshot of Applicant's online store; Exhibit D - screenshots of Applicant's wall calendar and smart phone application; Exhibit E - Amazon.com screenshot of Applicant's book has been attached has been attached.

**Original PDF file:**
evi_691745820-142906257_._tyass_Honey_Badger__original_narration_by_Randall__-_YouTube.pdf
**Converted PDF file(s) ( 2 pages)**
Evidence-1
Evidence-2
**Original PDF file:**
evi_691745820-142906257_._Exhibit_B_-_Randall_s_Honey_Badger___About.pdf
**Converted PDF file(s) ( 12 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8

Evidence-9
Evidence-10
Evidence-11
Evidence-12
**Original PDF file:**
evi_691745820-142906257_._Exhibit_C_-_Online_store__doll.pdf
**Converted PDF file(s) ( 6 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
**Original PDF file:**
evi_691745820-142906257_._Exhibit_D_-_Calendar_and_Apps.pdf
**Converted PDF file(s) ( 11 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
**Original PDF file:**
evi_691745820-142906257_._Exhibit_E_-_Honey_Badger_Don_t_Care_Book.pdf
**Converted PDF file(s) ( 6 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6

## CLASSIFICATION AND LISTING OF GOODS/SERVICES
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for (Based on use) Clothing, namely, t-shirts, tank tops, onesies; (Based on intent to use) Long-sleeve shirts, caps; and pajamas
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective

membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/24/2011 and first used in commerce at least as early as 02/24/2011 , and is now in use in such commerce.

**Proposed:**
**Tracked Text Description:** ~~(Based on use) Clothing, namely, t-shirts, tank tops, onesies;~~ (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

Class 025 for (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/24/2011 and first used in commerce at least as early as 02/24/2011 , and is now in use in such commerce.
**SIGNATURE(S)**
**Response Signature**
Signature: /sh/     Date: 08/09/2012
Signatory's Name: Sana Hakim
Signatory's Position: Attorney of record, Illinois bar member

Signatory's Phone Number: 312-807-4350

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to

the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 85447667
Internet Transmission Date: Thu Aug 09 15:43:12 EDT 2012
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XX-20120809154312782
247-85447667-4909aed1d12ceeec3e2e4d72db5
85ed-N/A-N/A-20120809152955980940

The Crazy Nastyass Honey Badger (original narration by Randall) - YouTube          Page 1 of 2



The Crazy Nastyass Honey Badger (original narration by Randall) - YouTube        Page 2 of 2



Author withheld

Honey Badger don't care Honey Badger don't give a shit
SamAdamsAlan1   16 hours ago    3

« Previous   1   2   3   4   5   6   7   Next »

Prince Royce - El amor
que perdimos (live)
by funonone
43,602,089 views        4:20

The 100 Greatest Movie
Insults of All Time
by hhTedds
18,623,817 views        8:58

BADGER VS. HUMAN
(CRAZY)
by andyp311
393,273 views        8:10

Flo Rida - Whistle
[Official Video]
by TheWarnerSound
58,719,897 views        3:55

Funny Talking Animals
- Best Of!
by Fuzzed0303
6,685,203 views        2:39

Honey Badgers: The
Crazy Truth
by vlogbrothers
1,344,055 views        8:56

Polar bears and dogs
playing
by FirstScienceTV
8,640,892 views        2:18

How to trick people
into thinking you're
by JennaMarbles
43,649,789 views        2:37

Jennifer Aniston
by Flinitchxo
58,783,903 views        2:56

Load more suggestions



- DSSV ERRNV FCRWGW PXVIF WR \V

- HYHQWV QHZV

Denxw

To email Randall  click here and fill out the contact form.

The Honey Badger is a viral video featuring nature documentary footage with voiceover narration provided by Randall, a self-proclaimed animal lover who has since launched a successful YouTube series of similar videos. The Honey Badger video gained a great deal of popularity in early 2011 for its sassy commentary and irreverent personification of the mammals.

# Origin

The video, titled "The Crazy Nastyass Honey Badger (original narration by Randall)", was uploaded by YouTuber czg123 on January 18th, 2011. The video features original footage taken from a National Geographic special on the ornery and tough honey badgers, which aired in 2007.



Between its online debut on January 18th, 2011 and December 2011, Randall's Honey Badger video racked up more than 26 million views and spawned a cult following on YouTube. By the end of the year, his channel had over 40,992,000 upload views, averaging out to 20,074 views a day. Randall's highly memorable quotes such as "honey badger don't give a shit" or "honey badger don't care," coupled with his passionate interpretation of the animal's adventures made the video an instant hit.

Towards the end of January 2011, the honey badger video was covered by Internet humor blogs like Urlesque, Huffington Post, Funny Or Die, and BuzzFeed as well as mainstream entertainment news sites like PopCrunch and TMZ.

Randall's honey badger narration also inspired a variety of image macros, remixes and tribute videos centered around catchphrases from the video. Meanwhile, sites and stores like Hot Topic sought to capitalize on the viral status of honey badgers by launching several t-shirts and other merchandise with pictures of honey badgers and Randall quotes.

On April 19th, a brief reference to a honey badger appeared on the popular TV series "Glee," most likely alluding to Randall's video:



## Notable Examples

**Wild Wild World of Animals**

Inspired by the viral spread and positive reception of his honey badger video, Randall created a YouTube series titled "Randall's Wild Wild World of Animals" using similar documentary footage of wild animals. Episodes included "The Miracle of the Daffy Jesus Lizard," "The Great White Sea-Monster" and "The Slowass Sloth" among others.



**Mainstream Media**

On February 22nd, 2011, Randall created a video in collaboration with MovieFone in which he provided

commentaries in a round-up review on 2011 Oscar nominees using the same style of voiceover from the honey badger commentary:



In March 2011, Huffington Post published an exclusive video titled "The Pigs of Wall Street" featuring Randall's commentaries on the greed of the U.S. financial industry.

In mid-March, Australian rugby player Nick Cummins stated to the press that his new, more agressive tackling style was inspired by the honey badger "after watching a wildlife documentary."Although he never specifically mentions the Randall video, the timing of his announcement suggests that it may have been the "documentary" to which he was referring.

# Commercial Features

### Grasshopper

On May 31st, Randall released a commercial for Grasshopper in which he provides a voiceover in similar style of other videos. In June 2011, Microsoft's search engine Bing released an update to the tools they make available to webmasters and SEO experts. They called the update "Honey Badger."

### MythBusters

On July 24th, the Discovery Channel released a promo titled "MythBusters: Randall's Busters" which previewed scenes from the upcoming season of Mythbusters narrated by Randall in his stereotypical style.



**Bankrupting America**

On August 17th, 2011, Bankrupting America, a campaign started by the nonpartisan, nonprofit project Public Notice, launched a PSA video titled "Crazy Washington Honey Badgers" on YouTube, featuring Randall's voice explaining the debt crisis and the recent showdown in Congress:



**Wonderful Pistachios**

On September 30th, 2011, a TV commercial for the snack company Wonderful Pistachios starring a honey badger with familiar voiceover by Randall debuted on YouTube and aired during the broadcast of ABC series Dancing With The Stars. The clip features the "fearless animal" cracking open pistachios with a

narration by Randall. Since its launch in 2010, the ad campaign for Wonderful Pistachios has featured a number of Internet sensations and pop culture icons such as Keyboard Cat, Angry Birds and the Annoying Orange orange.



Upon the release of the video on YouTube, several news publications like Forbes, MSNBC, and Entertainment Weekly wrote articles about the commercialization of the honey badger.

**Football**

On January 6th, 2012, CSN Bay Area reported that the San Francisco 49ers head coach Jim Harbaugh had been using the honey badger video as a motivational tool.



On January 10th, The Washington Post published an article in which the honey badger narrator Randall compared LSU's cornerback Tyrann D. Mathieu, nicknamed "Honey Badger", to the animal itself:

> "He just plays with such heart and vigor," Randall said. "It's just very exciting. To me, that embodies the honey badger. He just takes whatever he wants and nothing is going to stop him."



**Animated Series**

On January 17th, 2012, the entertainment blog Hollywood Reporter published an article about Canadian production company Six Eleven Media's plans to develop a Honey Badger animated series.

The project, which soon will be pitched to broadcast and cable networks, will follow an animated Randall, who is the chief professor of life sciences at a dysfunctional university. His course will feature his trademark color-commentary on documentary footage of topics related to science and the animal kingdom while forming an unusual bond with his student, fellow professors and the University mascot, "Honey," a "nastya–" honey badger.

The story was subsequently posted to The Daily What which pointed out that a Honey Badger book and several iPhone apps were already available.

About page written by know your meme on http://knowyourmeme.com/memes/honey-badger

Udogoico₹v Krqh | #Edgjhu#Eudffndw





EX\ 6R2
Krqh | #Edgjhu#Emrn#



Randall's Guide to Crazy, Nastyass Animals

**Click to Order**
**amazon**.com

Krqh | Edgjhu#Vwzur



EX\QRZ
Kroh | Edgjhu$krohDssv#





EX\QRZ
Unfhgw Srvw

- Pr1) Wfthbksb p dff >durehe/kd5rew ) PdwbufFadweRudrrp flflwuri Wdxffx el cCLYH
- YlWW PflflDffFPPflF FR2fffiflb kbb/brfld vnhflbbhyhnw) v3qbrj dwFF 3efbdsflfff
- EhPudl | flcegfQdvw| dwflbor\bb4fbeqnfflb kp |flKrnh| flfidrlbufFddnpedufff
- Zhgehqpdl/Pdl flfi3wkc Frp hflflbflP |flRqbfUbreel Vkzzfflw4fdxflDblr1rfff
- LZ med Frn hn|flfdrafurflffWddnefAndffe DooP |flfdqn4flkrffflr whrflff

## Dufklyhv#

- Mcl 5345
- Mghfl6345
- Pdl|fi345
- Daub6345

## Tbpe#Ddqgdoorq#AnxWxel



Wr|vfl  Vldu4$



Dorv$



JiwP |flborr$

Randall's Honey Badger | About



Frqxdf5d2 Dexxw



Qdyljdwlnrg#

Krp h

Ylahry

Eorj

Idylf5K

Dajbdov

Dexxw

Frqxdf5w

**Vxruh#**

Dexy

Exrrv

Fcwkhv

PxxYf

Wrjv

**Unfdrqw Srvw/**

- Prl) Wkhl#dqbdfff xduhw'zd5xwl ) PdvwhuFalvw4Snuinp #Swhu#) Wkh#Enri c0lYH
- YDVW PH#D#FRP# FRQ5Eu#o kdylrj d vehf2dchyhrw) vXxqlrjl#lwFF Jwhd3#
- Eh Fu#) l#kptfdw/clwDoe\rd#brorqkk# p l#Krrh! #ddrjhu#Fddnrordk5#
- Zhnphud#/Pd|#5#wk c Frp h#VhhiP |#RqhUdned Vrcz#dwvWdr#duhr#
- LZ ixd# Frp hq|#zdurg5#4#dar#jAyx#wDrP |#fdrv#c#JcdV pd-d5#

http://randallshoneybadger.com/about/

8/8/2012

Vxevfulelr

Vxevfulahter outQp dbghzvheh #cuhfhlyhxegdxhz1

E-mail [                    ]   Submit



Udggbotv Kngh|#degj1u#k 53451DoxUfjkwUhuhuyhg1

ghv2jqhgib|=Gpxch Gudhjmfflweqlzv

Honey Badger Don't Care



View Cart   Size Charts   My Account

**I♥ MAINE   I♥ FL   I♥ MAINE   I♥ BOSTON**   RANDALL'S HONEY BADGER

Home | Apparel | Tees | Stuffed Animals | Bags | Gifts and Souvenirs | Kitchenware | Special Deals | Wholesale Login

COMPANY INFO
About Us
Contact Us
Returns
Shipping
Site Help / FAQ

Home > Honey Badger Don't Care

All products featuring the Honey Badger Don't Care logo

VISA MasterCard

volusion SECURE SITE CLICK TO VERIFY

Sort By  Most Popular   GO!        10 per page   Page 1 of 1

Honey Badger Doll (Adult Version)
Our Price **$39.95**        ▶more info   add to cart

***PLEASE PLACE ORDER FOR DOLL SEPARATE OF ANY
OTHER PRODUCTS FOR SHIPPING PURPOSES***

Due to popular demand, we have released a FINAL edition of
Randall's original honey badger talking doll, but this time
he's got a nasty mouth! These are going FAST. Get your R-
rated doll now before they are all gone. Dolls are available
for shipment the first week of May.

***PLEASE PLACE ORDER FOR DOLL SEPARATE OF ANY
OTHER PRODUCTS FOR SHIPPING PURPOSES***

Honey Badger Don't Care Mug
Our Price **$12.00**        ▶more info   add to cart

11 oz. White Ceramic mug with your favorite morning
companion printed on both sides

Honey Badger Don't Care Infant Onesie
Our Price **$18.00**        ▶more info   add to cart

Honey Badger Don't Care Tank Top
Our Price **$19.95**        ▶more info   add to cart

Luxurious 2x1 ribbed, 5 oz. 100% combed ringspun cotton.
Longer tunic length guarantees a perfect fit.

Honey Badger Don't Care Adult Unisex Tee
Our Price **$20.00**        ▶more info   add to cart



Honey Badger Don't Give a Shit Adult Unisex Tee
Our Price **$20.00**        ▶more info   add to cart



Honey Badger Don't Care

6.1 ounce, 100% cotton tee.

| 6.1 ounce, 100% cotton tee.

Honey Badger Don't Care Oval Decal
Our Price **$2.99**

▶more info
add to cart



Badass Honey Badger Bumper Sticker.
Removable vinyl. 3 3/4 x 6 1/2 inches.

Honey Badger Don't Care Christmas Ornament
Our Price **$12.99**

▶more info
add to cart



3 1/4" White Shatterproof Ornament with Dark Green & Red
Imprint of the Scrooge of the Animal World

Honey Badger Don't Care Tee
Our Price **$20.00**

▶more info
add to cart



Honey Badger Takes What She Wants Tank Top
Our Price **$19.95**

▶more info
add to cart



Copyright © 2012 I Heart This Place. All Rights Reserved.
Powered by Oxman Page LLC & Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category Index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 1 of 4



## Product Features

- Rare Talking Honey Badger Doll from Randall
- It comes in its own packing/travel case with all sorts of warning signs on it, cuz Honey Badger may just make a snack of your finger stupid (LOL)....
- Honey Badger is approximately 7 inches tall and around 14 inches long
- To make Honey Badger talk, you just pinch its left front paw (or the paw on your right side if you are looking directly at it.) Of course everyone knows a real Honey Badger doesn't speak, so Randall speaks for it and says several R-rated Adult quotes that you may have heard while watching The Honey Badger Video from Randall on YouTube.
- Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 2 of 4

## Product Details

**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**ASIN:** B0087Q811O
**Manufacturer recommended age:** 18 years and up
**Amazon Best Sellers Rank:** #24,984 in Toys & Games (See Top 100 in Toys & Games)
**Average Customer Review:** Be the first to review this item

Would you like to give feedback on images or tell us about a lower price?

## Product Description

Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

## Product Ads from External Websites (What's this?)                    Sponsored Content

**HONEY BADGER DON'T CARE**
Honey Badger Don't Care Mug
$13.95
+ $5.99 Est. shipping
Zazzle, Inc.

**HONEY BADGER DON'T CARD**
Honey Badger Don't Care Red Mousepad
$10.95
+ $5.49 Est. shipping
Zazzle, Inc.

**HONEY BADGER DON'T CARE**
Honey Badger Don't Care about Father's Day Card
$3.95
+ $3.99 Est. shipping
Zazzle, Inc.

**DON'T CARE**
Don't Care Honey Badger Coffee Mug
$14.00
No Shipping Info
TeeShirtPalace

**HONEY BADGER**
Honey Badger Don't Care Coffee Mug
$14.00
No Shipping Info
TeeShirtPalace

See a problem with these advertisements? Let us know                    Advertise here

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Honey Badger Don't Care**    Officially Licensed **Honey Badger** Designs By **Randall**!
www.decalgirl.com/**Randalls-HoneyBadger**

**Honey Badger Don't Care**    Funny **Honey Badger** Shirt On sale now in great colors
www.betterthanpants.com/**honey-badger**

**Honey Badger Don't Care Shirt**    Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
www.zazzle.com/

See a problem with these advertisements? Let us know                    Advertise on Amazon

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Write a customer review

From Hunting Vampires to Hunting History
Download 2 FREE audiobooks today
audible.com
An Amazon company
Learn more
Talk to our tech reps
Advertisement

## Forums

**Listmania!**

Listmania!
create
your list
**HERE**
learn how

Create a Listmania! list

**Search Listmania!**

**So You'd Like to...**

So You'd Like to...
a create
your guide
**NOW**
learn how

Create a guide

**Search Guides**

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

Get Started ⊙

Thought you might like this...

**Look for Similar Items by Category**

Toys & Games > Grown-Up Toys

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

MegaStarent Privacy Statement          MegaStarent Shipping Information          MegaStarent Returns & Exchanges

**Your Recent History** (What's this?)

Loading

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 4 of 4

Help

## amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonSupply | AmazonWebServices | AmazonWireless | Askville | Audible | BeautyBar.com |
|---|---|---|---|---|---|---|---|
| Rare Books | Great Local Deals | Business, Industrial | Scalable | Cellphones & | Community | Download | Prestige Beauty |
| & Textbooks | in Your City | & Scientific Supplies | Cloud Services | Wireless Plans | Answers | Audio Books | Delivered |
| Book Depository | CreateSpace | Diapers.com | DPReview | Fabric | IMDb | Junglee.com | MYHABIT |
| Books With Free | Indie Publishing | Everything | Digital | Sewing, Quilting | Movies, TV | Shop Online | Private Fashion |
| Delivery Worldwide | Made Easy | But The Baby | Photography | & Knitting | & Celebrities | in India | Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| Designer | Health, Beauty & | Everything | Open-Box | Never Gonna | A Happy Place | Shoes & | |
| Fashion Brands | Home Essentials | For Your Pet | Discounts | Give You Up | To Shop For Toys | Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 1 of 4



**Product Features**

- Rare Talking Honey Badger Doll from Randall
- It comes in its own packing/travel case with all sorts of warning signs on it, cuz Honey Badger may just make a snack of your finger stupid (LOL)....
- Honey Badger is approximately 7 inches tall and around 14 inches long
- To make Honey Badger talk, you just pinch its left front paw (or the paw on your right side if you are looking directly at it.) Of course everyone knows a real Honey Badger doesn't speak, so Randall speaks for it and says several R-rated Adult quotes that you may have heard while watching The Honey Badger Video from Randall on YouTube.
- Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 2 of 4

## Product Details

**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**ASIN:** B0087Q811O
**Manufacturer recommended age:** 18 years and up
**Amazon Best Sellers Rank:** #24,984 in Toys & Games (See Top 100 in Toys & Games)
**Average Customer Review:** Be the first to review this item

Would you like to give feedback on images or tell us about a lower price?

## Product Description

Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

## Product Ads from External Websites (What's this?)

Sponsored Content



**HONEY BADGER DON'T CARE**
**Honey Badger Don't Care Mug**
$13.95
+ $5.99 shipping
Zazzle, Inc.

**HONEY BADGER DON'T CARE**
**Honey Badger Don't Care Red Mousepad**
$10.95
+ $5.49 Est shipping
Zazzle, Inc.

**Honey Badger Don't Care about Father's Day Card**
$3.95
+ $3.99 Est shipping
Zazzle, Inc.

**Don't Care Honey Badger Coffee Mug**
$14.00
No Shipping Info
TeeShirtPalace

**Honey Badger Don't Care Coffee Mug**
$14.00
No Shipping Info
TeeShirtPalace

See a problem with these advertisements? Let us know

Advertise here

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

**Honey Badger Don't Care**
Officially Licensed **Honey Badger** Designs By **Randall!**
www.decalgirl.com/**Randalls**-**HoneyBadger**

**Honey Badger Don't Care**
Funny **Honey Badger** Shirt On sale now in great colors
www.betterthanpants.com/**honey**-**badger**

**Honey Badger Don't Care Shirt**
Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
www.**zazzle**.com/

See a problem with these advertisements? Let us know

Advertise on Amazon

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

[Write a customer review]

From Hunting Vampires to Hunting History
Download 2 FREE audiobooks today
audible.com
An Amazon company
[Learn more]
with our trial offer
Advertisement

## Forums

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 3 of 4



Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 4 of 4

Help

## amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Servers | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012 Amazon.com, Inc. or its affiliates





- DSSV ERRNV FORWKH PXVIF WR\V

- RYHQWV QHZV



Dssv#

Randall's Recorded Soundboard App for iPhone
Honey Badger Game for iPhone
Honey Badger Game Censored for Android
Honey Badger Game Uncensored for Android


**Randall's Soundbaord App:**



**Honey Badger Game**







Udogodoo'v Krogh | Edgjhu Eudffndnw

EX\WRZ







EX\QRZ





EX\QRZ

UhfhqwSrvw

- Prl) Wkhl\kdlqlp d⊕Txdulhw\klb5oxel )  PdvhfuFmlv⊕f\xup a⊕Eixehu⊕l  Wkh⊕Et.lol cOIYH
- Y6\l⊕P H⊕X4⊕FEP5F_FRQ3E⊕o kdv\brl⊕l vnh⊕Olohhrpw)_v3jolrl dwFF 1e⊕c↓⊕5
- En Pud) l⊕lqrg⊕Odwvdchv4Doo\rdul⊕lhuqrg⊕l1k p  |⊕rgh|⊕dqfhu⊕Fddrqprlu⊕5
- Z.hqqhugl /Pd |⊕h⊕k c Frp hil2hhP |⊕oh⊕12uol Viqz6⊕4⊕hdirl r⊕5
- LZ.rqld Frp hu |⊕Ddrg⊕5⊕Vidlqd⊕Aodvc DooP |⊕dhv4E kc⊕Fdvhrq⊕5

Dufklyhv#

- Mcl 5345
- Mcqh5345
- Pd |⊕5345
- Dxulb5345

Ibcg#Ldogodoo.rg#\.rxWxeh#



Wr |v# Vkl4⊕$

Randall's Honey Badger | Apps



Daav§



JiwP |fErrr§



Frrjxdf5s2 Dexow



Qdy2jdvârg#

Ksph
Ybhrv

Randall's Honey Badger | Apps                                              Page 7 of 7

Een'j
Idsa#E3t
Dglp dov
Dorow
Fmxd5v

## Vktuh#

Doov
Econv
Fotwkhv
Pxo)f
Wrlv

## Unfirgw Srvw

- Prl) Wkd#kkqb d#Txduw#w'Td5xw'|) PdvwufPodw#$huizp#$hwu#) Wd#f, rz i c CIYH
- YMW PH#2##FRPI5 FRQ36Lb kdv brj d wh#D3ohqbw) vtkqb r#4#wFF 1wtri3#
- Eh Fvtl l#dm#Qdw/dv#Doo'\pb#Zbpss#Lwk p |#Kxah|#Zdrjhu#Fdderdu5#
- Zbpphspd1/Prl|#Gwk c Fxp hj/Yh#P |#Rd#Olmel Vkzz#w#dt#Dur| r3#
- 1Zxa#8 Fxp hy|#Dzdun366#eden#A pqkw DwP |#Kdov#Ekxk/wher6#

## Vxevfuleh#

Vxevfuleh#wr xu#Op dDoghz vhwh u#wr uh#fh|hxzegWkv1



Udsgdoov Kuqh|#Edgj]h,u#  53451DooUl#wUh/huyhg1

gh/j|ghsb|#Qowh Gud'urt#wed rv

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 1 of 6



## Book Description

Publication Date: **January 24, 2012**

Sweet Jesus--a riotous wildlife book for adults! The mononymous Randall, narrator of the You Tube sensation (23 MILLION views) "The Crazy Nastyass Honey Badger," is the wild new voice of nature. In *Honey Badger Don't Care(tm)*, Randall presents a dozen crazy, badass animals of the wild kingdom as only Randall could. Don't be stupid--buy this book!

## Frequently Bought Together

**Price For All Three: $18.18**

These items are shipped from and sold by different sellers. Show details

☑ **This Item:** Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals by Randall Hardcover $10.19

☑ Honey Badger Funny Notepad Office Memo Pad Gag Gift Yellow and Black by Guajolote Prints $2.99

☑ Wwhbd What Would Honey Badger Do Funny Vinyl Decal Bumper Sticker 3" X 5" by STICKER FRENZY $5.00

## Customers Who Bought This Item Also Bought

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 2 of 6



Honey Badger Funny Notepad
Office Memo Pad Gag Gift
Yellow and Black
(2)
$2.99



Honey Badger T shirt funny
shirts mens t shirts novelty
adult clothing great gift ideas
(9)
$16.99 - $20.99



Wwhbd What Would Honey
Badger Do Funny Vinyl Decal
Bumper Sticker 3" X 5'
$5.00



Honey Badger Don't Care
2013 Wall Calendar
Randall
Calendar
$12.59

## Editorial Reviews

### About the Author

Born and raised in New York City, Randall started narrating at an early age. Randall's father was a cameraman for Marlon Perkins's "Mutual of Omaha's Wild Kingdom." Randall is a graduate of both St. Olaf's College in Northfield, Minnesota, and the Exotic Animal Training and Management Program at Moorpark College in Moorpark, California. Randall currently resides in Los Angeles and lives with three loving cats.

## Product Details

**Hardcover:** 80 pages
**Publisher:** Andrews McMeel Publishing (January 24, 2012)
**Language:** English
**ISBN-10:** 1449419658
**ISBN-13:** 978-1449419653
**Product Dimensions:** 8.1 x 0.4 x 10 inches
**Shipping Weight:** 15.2 ounces (View shipping rates and policies)
**Average Customer Review:**       (13 customer reviews)
**Amazon Best Sellers Rank:** #38,204 in Books (See Top 100 in Books)

Would you like to **update product info, give feedback on images,** or **tell us about a lower price?**

## Customer Reviews

| | | |
|---|---|---|
| 5 star | 4 | 13 reviews |
| 4 star | 4 | 3.9 out of 5 stars |
| 3 star | 5 | |
| 2 star | 0 | Write a customer review |
| 1 star | 0 | |

### Most Helpful Customer Reviews

15 of 16 people found the following review helpful

**Nasty, disgusting (and sometimes cuddly) critters**  January 24, 2012

By TChris  TOP 100 REVIEWER
Format: Hardcover

I came late to Randall's popular YouTube video -- The Crazy Nastyass Honey Badger -- but I got a kick out of it when I finally saw it, as did, it seems, millions of other people. In Honey Badger Don't Care, Randall uses the same flippant tone to introduce the reader to the honey badger and nine other (allegedly nastyass) members of the animal kingdom. An introduction suggests that conservationists should welcome the attention that Randall is bringing to these



From **Outliers** to Outlander
Download **2 FREE** audiobooks today

audible.com
An Amazon company

Learn more

Advertisement

### Most Recent Customer Reviews

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...    Page 3 of 6

not-so-cuddly species, but the book is really about humor rather than the preservation of animals we'd rather not meet in a dark alley. There is nonetheless an informative, pro-conservationist quality to much of Randall's commentary; it isn't all about disgusting animal behavior.

Freakish-looking beasts that are subjects of Randall's commentary include the aye-aye, the Tasmanian devil, and the solenodon. Some of the animals, including the wombat, the opossum, and the American bullfrog, are only moderately nastyass. Randall features some animals that don't seem nasty at all: the emperor tamarin (which lunches on grapes and has a very cool mustache), the pink fairy armadillo, the tarsier (a weirdly cute, timid little primate), and the sloth. Readers who are hoping to find ten animals that are as revolting as the honey badger might be disappointed. Still, Randall manages to poke fun at even the cuddly critters, always in a good-natured way.

Honey Badger Don't Care is filled with impressive photographs, many of which are enhanced with doodles, costumes, and cartoon-style dialog balloons. Randall's description of the animals and their behaviors is educational, if not exactly the stuff of zoology textbooks.

Readers who object to foul language should be warned that there's very little language in this book that isn't foul. That's part of what gives the book its attitude. This isn't a nature book for kiddies. Adults who don't mind adult language and who appreciate the humor found in nature should have a fun time with Honey Badger Don't Care.

Comment | Was this review helpful to you? Yes No

6 of 8 people found the following review helpful
**The Fifteen Minutes Start.......NOW!** January 27, 2012
By Darrell V. Reilly   vine voice
Format: Hardcover

Since no one is ever satisfied with just a small measure of fame, internet sensation Randall seeks to shake off the shackles of narrating funny animal videos by branching out into the literary world, with HONEY BADGER DON'T CARE: RANDALL'S GUIDE TO CRAZY, NASTYASS ANIMALS. While to book does provide a few chuckles, reading Randall's outrageous comments isn't the same as HEARING Randall's outrageous comments.... The voice is 90% of the joke. HONEY BADGER DON'T CARE is an amusing time-waster, but I wouldn't really urge anyone to spend money on it, especially since all of his videos are available for free, and are funnier.

Comment | Was this review helpful to you? Yes No

1 of 1 people found the following review helpful
**Why aren't more people giving this 5 stars?!?! It's awesome!!!**
January 27, 2012
By RachelMcWonderful
Format: Hardcover

This book is genuinely clever and is such a good laugh. If you didn't like Randall's original youtube video, then you won't like this book (and you're obviously crazy since he's hilarious). Hilarious, witty, and informative. Loved it!

Comment | Was this review helpful to you? Yes No

› **See all 13 customer reviews**

Write a customer review

**Crazy funny book**
I bought this book as a gift for a friend who loves the online video, but, before I mailed it I wanted to glance through it. I ended up reading the whole book—my mother did too. Read more
Published 1 month ago by Dana Kelleher

dollars, but its a good conversation piece...
Read more
Published 2 months ago by Ikeygirl14

**Informative and Entertaining**
"Honey Badger Don't Care" is my current favorite book. Not only did I learn about animals I didn't even know existed, I had a good laugh in the process. Read more
Published 4 months ago by Tracey

**My 12 year old thinks it's funny...**
My 12 year old thinks it's funny... Might not be a book for young childern...beware!!! There is also a video on youtube with this Honey Badger
Published 5 months ago by PMartin

**Foul Langage- Great Pictures**
Honey Badger Don't Care by Randall
Pictures 5 STARS
language 1 STAR
Educational 4 STARS
I have never seen or heard about the ytube video so I was just thinking... Read more
Published 5 months ago by R. Laney

**Not bad at all (with caveats).**
Honey Badger Don't Care is quite funny and enjoyable. It's a fun animal books for adults, which is where the caveats come in. The books is formatted in bright and fun colors. Read more
Published 5 months ago by rjones2818

**Honey Badger Don't Care... but I do!**
Honey badger might not care that it's become an internet sensation and now a must-read book, but you absolutely will! Read more
Published 6 months ago by ChbiNeko

**Honey Badger Don't Care**
This book is HILARIOUS! I wasn't prepared for how funny this was going to be. As usual I was going to read "just a few pages" before going to bed, and then I find myself on the... Read more
Published 6 months ago by Muzette Weston

**Crude, Lewd, and Crass...but thoroughly entertaining.**
After watching "The Crazy Nastyass Honey Badger" on Youtube, I had to buy this book. I asked myself, "If the 3 minute video was epic, how much more epic can the book be"?
Read more
Published 6 months ago by Zack

**Honey Badger Don't Care**
'Honey Badger Don't Care' is a wildlife book for adults. If crude language bothers you then this book isn't for you, otherwise I think it is a great way to learn about 'badass'... Read more
Published 6 months ago by Jo

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 4 of 6

**Search Customer Reviews**

[                    ] [ Go ]

☑ Only search this product's reviews

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's This?)

**Honey Badger Don't Care** 🖽   Officially Licensed **Honey Badger** Designs By **Randall!**
www.decalgirl.com/**Randalls-HoneyBadger**

**Honey Badger Don't Care** 🖽   Funny **Honey Badger** Shirt On sale now in great colors
www.betterthanpants.com/**honey-badger**

**Honey Badger Don't Care Shirt** 🖽   Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
www.zazzle.com/

See a problem with these advertisements? Let us know                                    Advertise on Amazon

**What Other Items Do Customers Buy After Viewing This Item?**

Honey Badger Funny Notepad Office Memo Pad Gag Gift Yellow and Black  by Guajolote Prints
(2)
$2.99

Honey Badger T shirt funny shirts mens t shirts novelty adult clothing great gift ideas  CrazyDogTshirts
(9)
$16.99 - $20.99

Wwhbd What Would Honey Badger Do Funny Vinyl Decal Bumper Sticker 3" X 5"  by STICKER FRENZY
$5.00

Honey badger t shirt Honey badger don't care shirt takes what he wants  CrazyDogTshirts
(1)
$16.99 - $20.99

› **Explore similar items**

**Tag this product** (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**
[                    ]

**Forums**

**Listmania!**

**So You'd Like to...**

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card
suggesting this item
**Flexible Gifting Choices:** They can choose
this, or pick from millions of other items.
[ Get Started 🔒 ]

Thought you
might like this...

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 5 of 6



Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 6 of 6

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

# EXHIBIT "C"

duckco.com/honey-badger-dont-give-a-shit-t-shirt/#.VmIbgHarRhF

Free shipping on all USA orders
International orders over $99
1-800-755-3568 X53

f  y  @  Blog

# Honey Badger Don't Give a Shit T-Shirt

**$20.00**

Choose a Size ▾

+ ADD TO CART

| Premium Tee | |
| --- | --- |
| Material | 100% Cotton |
| Print | Silkscreen Print |
| Color | Black |
| Warranty | Honey Back Guarantee |
| Returns | Free Returns up to 60 Days |
| Shipping | Fast N' Free on all US orders |

Honey Badger is a tough cat and who can blame him when he's had to fend off poisonous cobras and mad honey hives just to make a decent living.

This design also available on a long sleeve shirt.

Read More




f  y  P  t  t+  20

11 people like this. Be the first of your friends.

ORDERING INFO
SIZE CHART
FAQ / Shipping Info



View Larger Image

You Might Also Like...






Pin It

Product Reviews











ALL T-SHIRTS
$10 T-SHIRTS!
NEW ARRIVALS
SESAME STREET
CHRISTMAS T-SHIRTS!
CLASSIC DUCK
THE EDGE
WOMENS
KID'S
SKI & BOARD
SURF
3XL T-SHIRTS
HONEY BADGER
KINE COLLECTION
PARTY
OTHER PRODUCTS
WIN A T-SHIRT!
DESIGN REQUEST
WORK WITH US!

JOIN THE DUCK CLUB
**Win Free Shirts!**
Discounts and Special Offers
New T-Shirt Alerts

Enter email address

WHOLESALE CLIENTS
DUCKCO.NET




Search a product...



View Cart

**For officially licensed Honey Badger Don't Care clothing, find even more great gifts at Duck Co.**

HB/DC Honey Badger Men's T

HB/DC Honey Badger Hoodie

Bad Ass Honey Badger Tee

Honey Badger Don't Give a Shit T-Shirt

Honey Badger Snowboarding Men's T-Shirt

Honey Badger Cobra T-Shirt

Honey Badger Take It T-Shirt

Honey Badger University Tee

Sign up for my mailing list.

First Name :

Last Name :

Email Address :

Join now!

Podcast

www.zazzle.com/honey_badger_dont_care_tshirts-235862246158366829

Shop  Create  Sell

Z  Holidays

Search

20% Off All Orders | 75% Off All Cards & Invitations - Shop Cards for All Occasions Now! | Ends Thursday · Use Code: GETYOURCARDS  Details

Clothing › Women › Tank Tops

Share

#Zazzle Inspiration

About this product:

Design Front

View larger

**HONEY BADGER DON'T CARE HONEY BADGER DON'T GIVE A SHIT**

Sold by Zazzle · 100% Satisfaction · Made to Order

## Your Custom Women's Slim Fit Racerback Tank Top

★★★★★ 4.5 (1332)

$22.30 per shirt

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

Customize it!

♡ Like    ‡ Add to ▾

🎁 **Guaranteed by Christmas!**
Get it as soon as Thu, Dec 10. Order in 2 hrs 27 mins
and choose Express shipping. See shipping options.

Size:                          size chart ◿
Select a size                        ◂

Quantity:
1 shirt.                             ◂

Add to Cart

### color & style Options

Color: White

⬛ ⬜
🟪 🟨
   🟩
   🟪 🟥
   🟧
   🟥
   🟩

Style:

Women's Slim Fit   Women's Basic Tank   Women's Bella+Canvas   Women's Bella+Canvas

www.zazzle.com/honey_badger_dont_care_tshirts-235862246158366829

Shop    Create    Sell

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal: Playing Cards    Ends at Midnight PT!    Use code: ZAZWEEKSALES    Details

Search

Clothing  ›  Women  ›  T-Shirts  ›  Short-sleeved  ›  Printed

Holidays

Share

About this product

#Zazzle Inspiration

Front

view larger

**HONEY BADGER DON'T CARE**
**HONEY BADGER**
**DON'T GIVE A SHIT**

Sold by Zazzle · 100% Satisfaction · Made to Order

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

## Honey Badger Don't Care Tshirts

★★★★☆ 4.5 (182)

**$22.30** per shirt

Customize it!

♡ Like          ⇄ Add to ▾

Size:                                    size chart ◿
Select a size                          ◂

Quantity:
1 shirt                                ◂

**Add to Cart**

Get it as soon as Tue, Dec 8. Order in 2 hrs 57 mins and
choose Express shipping. See shipping options.

### Color & Style Options

Only $0.80 more on Women's American Apparel
Pocket T-Shirt

Color: White

Style:

See more
options below!

**Apply**



www.zazzle.com/honey_badger_dont_give_a_t_shirts-235626573412123834

Shop   Create   Sell   🎁 Holidays

20% Off Sitewide | Up to 65% Off Select Items   Today's Steal: Playing Cards   Ends at Midnight PT!   Use code ZAZWEEKSALES   Details

Search

Clothing ›   Women ›   T-Shirts ›   Short-sleeved ›   Printed

Share

#Zazzle Inspiration

About this product

Front

view larger



Sold by Zazzle · 100% Satisfaction · Made to Order

Artwork designed by
**brilliantblack**
View their Store

### Honey Badger Don't Give a $#!T Shirts
★★★★★ 4.5 (15)

**$30.15** per shirt

Size:

Select a size                                    size chart

Quantity:

1 shirt.

Customize it!

♡ Like         ⇄ Add to ▾

Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 36 min
choose Express shipping. See shipping options

### Color & Style Options

Save $1.25 on Women's Bella+Canvas Slouchy
Boyfriend T-Shirt

Color: Lavender

Style:

*See more options below!*

www.zazzle.com/honey_badger_dont_give_a_s_it_tshirt-235339690077341405

20% Off Sitewide | Up to 65% Off Select Items          Today's Steal: Playing Cards          Ends at Midnight PT!     Use code: ZAZWEEKSALES     Details

Shop     Create     Sell     🎁 Holidays          ⓒ          🔍 Search     ⌕

Clothing ▸ Men ▸ T-Shirts ▸ Short-sleeved ▸ Printed

Share

#Zazzle Inspiration

Front

view larger

**HONEY BADGER**

**DON'T GIVE A SHIT**

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

## Honey Badger Don't Give A S°it Tshirt

★★★★★ 4.5 (2321)

**$29.65** per shirt

Artwork designed by
**thefightingcock**
View their Store  ✎ Ask this Designer

Size:

Select a size                              size chart ◿

Quantity:

1 shirt                                         ◂

Customize it!                    Add to Cart

🚚 Get it as soon as Tue, Dec 8. Order in **1 hrs 31 mins** and
choose Express shipping. See shipping options

♡ Like                          ⇅ Add to ▾

## Color & Style Options

Color: Creme

Style:

See more
options below!







www.zazzle.com/honey_badger_dont_care_infant_t_shirt-235284109891479778

Shop   Create   Sell

20% Off Sitewide | Up to 65% Off Select Items   Today's Steal: Playing Cards   Ends at Midnight PT!   Use code: ZAZWEEKSALES | Details

Clothing › Kids & Baby › Baby › T-Shirts

Share

#Zazzle Inspiration

About this product

Front

view larger

Sold by Zazzle · 100% Satisfaction · Made to Order

Artwork designed by
SHAKE OUTFITTERS
View their Store

## Honey Badger Don't Care Infant T-shirt

★★★★★ 4.1

$14.50 per shirt

Size:                    size chart △
Select a size

Quantity:
1 shirt.

Customize it!          Add to Cart

♡ Like            ⇄ Add to ▾

Get it as soon as Tue, Dec 8. Order in 2 hrs 24 mins and choose Express shipping. See shipping options

### Color & Style Options

Only $1.10 more on Baby Gerber Cotton Onesie.   Apply

Color: White

Style:

See more options below!



www.zazzle.com/honey_badger_dont_care_basic_round_button_keychain-146566477040711550

Shop  Create  Sell  🎄 Holidays  Z

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal: Playing Cards    Ends at Midnight PT!  Use code: ZAZWEEKSALES  Details

Search

**Accessories › Keychains › Button**

Share

About this product

**Style: Basic Button Keychain**

Set your keys apart with a custom keychain. Create your own or choose from thousands of cute and cool designs. The sturdy clasp keeps keys together securely, and holds up well through daily wear-and-tear.

Dimensions: 2.25 inches, great for purses and pockets





Front

view larger
⤢

HONEY BADGER
DON'T CARE

HONEY BADGER
DON'T GIVE A SHIT

Sold by Zazzle · 100% Satisfaction · Made to Order

# Honey Badger Don't Care Basic Round Button Keychain

**$3.90** per keychain  ★★★★★ 4.4 (1802)

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

Quantity:
1 keychain.  ▾

Customize it!

📦 Custom made within 2-3 days. When will I get it?

♡ Like    ⇄ Add to ▾

**Add to Cart**

## Shape & Size Options

Only $15.60 more on Premium Round Keychain  (Apply)

Shape:

Basic Button
Keychain

Premium
Round
Keychain
+$15.60

Premium
Square
Keychain
+$15.60

Size:



www.zazzle.com/honey_badger_dont_care_2_inch_round_magnet-147946276890367334

Shop    Create    Sell    🎁 Holidays    Z    ⊙    🛒    Search    ⌕

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal: Playing Cards    Ends at Midnight PT!    Use code: ZAZWEEKSALES    Details

Home & Pets › Magnets › Button › Round

**Share**



About this product

**Shape: Round Magnet**

Create custom magnets for home and office! Add your favorite image to a round magnet, or customize your choice of neat designs to stick on the fridge or file cabinet.



Front



↖↗
↙↘
view larger



Sold by Zazzle · 100% Satisfaction · Made to Order

**Honey Badger Don't Care 2 Inch Round Magnet**

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

★★★★★ 4.7 (826)

**$3.90** per magnet

🚚 Get it as soon as Tue, Dec 8. Order in 59 mins and choose Express shipping. See shipping options.

Customize it!    ♡ Like

Quantity:
1 magnet.    ◄    ►

Add to Cart    ⇄ Add to ▾

**Shape & Size Options**

Shape:

    

Round Magnet    Square Magnet

Size:

    Small, 1¼ Inch

    Standard, 2¼ Inch

    Large, 3 Inch

20% Off Sitewide / Up to 65% Off







www.zazzle.com/honey_badger_dont_care_2_inch_round_button-145702891693054174

Shop   Create   Sell   🎁 Holidays   Today's Steal: Playing Cards   Ends at Midnight PT   Use code: ZAZWEEKSALES   Details   Search

20% Off Sitewide | Up to 65% Off Select Items

**Accessories** › **Buttons** › **Round**

Share

Sold by Zazzle · 100% Satisfaction · Made to Order

# Honey Badger Don't Care 2 Inch Round Button

★★★★★ 4.8 (1275)

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

**$3.30** per button

Get it as soon as Tue, Dec. 8. Order in 56 mins and choose Express shipping. See shipping options.

Customize it!

♡ Like          ⇄ Add to ▾

Add to Cart

**Quantity:**

1 button.

Front

view larger

## Shape & Size Options

**Shape:**

Round Button          Square Button

**Size:**

Small, 1¼ Inch          Standard, 2¼ Inch          Large, 3 Inch          Huge, 4 Inch

#Zazzle Inspiration



About this product



www.zazzle.com/honey_badger_dont_give_a_1_1_inch_round_button-145873686596792429

Shop  Create  Sell  Holidays

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal Playing Cards    Ends at Midnight PT!    Use code ZAZWEEKSALES   Details

Search

Share

Accessories › Buttons › Round

#Zazzle Inspiration

About this product

Front



view larger

Sold by Zazzle · 100% Satisfaction · Made to Order

**Honey Badger Don't Give a $#!7 1 Inch Round Button**

★★★★★ 4.8 (276)

**$2.20** per button

Artwork designed by
**brilliantblack**
View their Store

♡ Like

Quantity:
1 button.

Customize it!

Get it as soon as Tue, Dec 8. Order in 18 mins and choose Express shipping. See shipping options.

Add to Cart          Add to ▾

**Shape & Size Options**

Only $1.10 more on Square Button

Shape:
Round Button    Square Button

Size:
Small, 1¼ Inch    Standard, 2¼ Inch    Large, 3 Inch    Huge, 4 Inch

Apply









# EXHIBIT "D"



# EXHIBIT "E"





ALL T-SHIRTS
(HTTP://DUCKCO.COM
/DUCKCO-T-SHIRTS/)

$10 T-SHIRTS!
(HTTP://DUCKCO.COM/10-T-
SHIRTS/)

NEW ARRIVALS
(HTTP://DUCKCO.COM/NEW-T-
SHIRTS/)

SESAME STREET
(HTTP://DUCKCO.COM
/SESAME-STREET/)

CHRISTMAS T-SHIRTS!
(HTTP://DUCKCO.COM
/CHRISTMAS-T-SHIRTS/)

CLASSIC DUCK
(HTTP://DUCKCO.COM
/CLASSIC-DUCK/)

THE EDGE
(HTTP://DUCKCO.COM
/THE-EDGE/)

WOMEN'S
(HTTP://DUCKCO.COM
/WOMENS-T-SHIRTS/)

KID'S (HTTP://DUCKCO.COM
/KIDS/)

SKI & BOARD
(HTTP://DUCKCO.COM
/SKI-BOARD/)

SURF (HTTP://DUCKCO.COM
/SURF/)

3XL T-SHIRTS
(HTTP://DUCKCO.COM
/3XL-MENS-T-SHIRTS/)

HONEY BADGER
(HTTP://DUCKCO.COM
/HONEYBADGER/)

KINE COLLECTION
(HTTP://DUCKCO.COM/KINE-
COLLECTION/)

PARTY (HTTP://DUCKCO.COM
/PARTY/)

OTHER PRODUCTS
(HTTP://DUCKCO.COM



(http://cdn1.bigcommerce.com/server2300/d22d8/products/124/images/795/card01__31190.1354838373.1280.1280.jpg?c=2)

   

Pin it (http://pinterest.com/pin/create/button/?url=http://duckco.com/honey-
badger-christmas-card/&media=http://cdn1.bigcommerce.com/server2300/d22d8
/products/124/images/795/card01__31190.1354838373.1280.1280.jpg?c=2&
description=The Duck Company - Honey Badger Christmas Card. $3.50
(http://duckco.com/honey-badger-christmas-card/))

You Might Also Like

 

## Product Reviews
This product hasn't received any reviews yet. Be the first to review this product!

## Honey Badger Christmas Card

### $3.50

Choose a Size

+ ADD TO CART

**1 Card/$3.50**
**12 Cards/$15.00**
**24 Cards/$10.00**

#### Holiday Card

| Material | Glossy Card Stock |
|---|---|
| Message | Inside reads "Have a Bad Ass Christmas" |
| Envelope Color | White |
| Warranty | Money Back Guarantee |
| Returns | Returns Not Accepted on This Item |
| Shipping | Fast N' Free on all US orders |

Honey Badger may not care, but this card will show even the lowest on your Christmas list that you do.

Read More

officially licensed by
RANDALL'S HONEY BADGER
52 million views and counting!

watch the video
(http://randallshoneybadger.com
/?utm_source=duckco&
utm_medium=duckco&
utm_campaign=duckco)

0

**Like** Be the first of your friends to like this.

### ORDERING INFO

SIZE CHART (/size-chart/)
FAQ / Shipping Info (/faq/)

WRITE A REVIEW

Live CHECKOUT

# EXHIBIT "F"



Halloween is Here.



TOMATO CARDS

DCIStudios.com



RECYCLED
Paper Greetings
On recycled paper since 1971
www.prgreetings.com

**USA 3.29**
CANADA 4.50

X00000000

01232-04
4917247

Manufactured for
PRGCO, LLC
111 N. Canal Street, Suite 700
Chicago, IL 60606

Made in the USA.
©PRGCO, LLC



0  42823 23128  5



SUSTAINABLE
FORESTRY
INITIATIVE

Certified Sourcing
www.sfiprogram.org
SFI-00000

**Honey Badger don't give a shit.**











USA 2.99
CANADA 4.25

X00000000

18590107
4906663

Manufactured for
PRGCO, LLC
111 N. Canal Street, Suite 700
Chicago, IL 60606

Made in the USA
©PRGCO, LLC

RECYCLED
Paper Greetings
On recycled paper since 1971
www.prgreetings.com

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Sourcing
www.sfiprogram.org

Case 2:15-cv-04905-JFW-PLA  Document 32  Filed 12/22/15  Page 109 of 114  Page ID
#:369
Case 2:15-cv-04905-JFW-PLA  Document 19-4  Filed 12/04/15  Page 3 of 5  Page ID #:117



HONEY BADGER
DON'T GIVE A SH*T.



HONEY BADGER HEARD iT'S YOUR BiRTHDAY.

FREAKY WiLD

DCIStudios.com



RECYCLED
Paper Greetings
On recycled paper since 1971
www.prgreetings.com

USA 3.59
CANADA 4.95

X00000000

19683398
5Z2201

Manufactured for
PRIGCO, LLC
111 N. Canal Street, Suite 700
Chicago, IL 60606

Made in the USA
©PRIGCO, LLC



0  42823 12359  7

00254



SUSTAINABLE
FORESTRY
INITIATIVE

Certified Sourcing
www.sfiprogram.org
SFI-00000

Case 2:15-cv-04905-JFW-PLA   Document 32   Filed 12/22/15   Page 111 of 114   Page ID
#:371
Case 2:15-cv-04905-JFW-PLA   Document 19-7   Filed 12/04/15   Page 3 of 3   Page ID #:128

HONEY BADGER
DON'T GIVE A SH*T.

# EXHIBIT "G"

 **Lynette Villalobos**
@villaboslyn

 Follow

# @Randallsanimals look what we found


  

| RETWEET | LIKES |
|---------|-------|
| 1 | 5 |

1:33 PM - 17 Aug 2015

© 2015 Twitter   About   Help   Terms   Privacy   Cookies   Ads info

1 of 1

## CERTIFICATE OF FILING/SERVICE

I hereby certify that on December 22, 2015, counsel for Plaintiff Christopher Gordon electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF system. The electronic case filing system will be sending a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated:  December 22, 2015                     _____/S/_____

                                              Daniel L. Reback