Daniel L. Reback (SBN 239884)
 Email: dreback@kranesmith.com
Jeremy Smith (SBN 242430)
 Email: jsmith@kranesmith.com
Benjamin J. Smith (SBN 266712)
 Email: bsmith@kranesmith.com
**KRANE & SMITH, APC**
16255 Ventura Boulevard, Suite 600
Encino, CA 91436
Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff,
CHRISTOPHER GORDON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GORDON, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>DRAPE CREATIVE, INC., a Missouri corporation; PAPYRUS-RECYCLED GREETINGS, INC., an Illinois corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No. CV 15-04905 JFW (PLAx)<br><br>Hon. John F. Walter, presiding<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1. **TRADEMARK INFRINGEMENT** [15 U.S.C. §1114 *et seq.*];<br>2. **TRADEMARK INFRINGEMENT** [California law];<br>3. **FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN** [15 U.S.C. §1125(a)]; **and**<br>4. **UNFAIR COMPETITION** [California law]<br><br>**DEMAND FOR JURY TRIAL** |

FIRST AMENDED COMPLAINT

Plaintiff CHRISTOPHER GORDON ("Plaintiff") alleges as follows:

## INTRODUCTION

Plaintiff is a comedic narrator who, on January 18, 2011, published a video on YouTube that consisted of his original narration humorously describing the traits of a honey badger. The video went "viral" and has generated more than *76 million* views on YouTube.  In the video, Plaintiff's original expressions and jokes include the phrases "Honey Badger Don't Care," and "Honey Badger Don't Give a Shit", among others.  Plaintiff's original expressions have gained a tremendous amount of notoriety, and his expressions have been referred to in commercials, television shows, magazines, and throughout the internet, and by numerous celebrities. Plaintiff copyrighted his narration and trademarked "HONEY BADGER DON'T CARE" under four separate registration numbers for various classes of goods, including, *inter alia*, t-shirts, audio books, computer application software and plush toys.  Plaintiff has also produced, advertised, and sold merchandise, including greeting cards, bearing his expressions and trademarks of "Honey Badger Don't Care" and "Honey Badger Don't Give a Shit" since soon after the video was published, and he continues to sell and license greeting cards bearing his expressions and marks today.

Upon information and belief, Defendant Drape Creative, Inc. and Defendant Papyrus-Recycled Greetings, Inc. collaborated to manufacture, distribute, sell and advertise several different greeting cards that copied Plaintiff's expression and trademark, "Honey Badger Don't Give a Shit."  Defendants' unauthorized sales of

-2-
FIRST AMENDED COMPLAINT

greeting cards bearing Plaintiff's trademark and expressions, coupled with their intentional deceptive business practices to create customer confusion, which actually happened here, constitute, *inter alia*, willful trademark infringement and unfair competition.

## JURISDICTION AND VENUE

1.       This is a civil action arising under the Trademark Laws of the United States, 15 U.S.C. §§1051, *et seq*.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338.

2.       This Court has supplemental jurisdiction over the claims in this Complaint that arise under California law pursuant to 28 U.S.C. §1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.       Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1400(a).  At all times relevant hereto, Plaintiff has been a resident of Los Angeles, California. The infringing products which are the subject of this litigation have been distributed and offered for distribution in the Central District of California, and the Defendants transact business in the Central District of California.  Defendants have extensive contacts with, and conduct business within, this District; have placed products into the stream of commerce in this District; and have caused tortious injury to Plaintiff in this District.

## PARTIES

4.     Plaintiff is an individual residing in Los Angeles, California.

5.     Plaintiff is informed and believes, and thereon alleges, that Defendant Drape Creative, Inc. ("DCI") is a Missouri corporation that is subject to the jurisdiction of this Court.  DCI, which does business as Tomato Cards, designs greeting cards and conducts its business on the internet at dcistudios.com.

6.     Plaintiff is informed and believes, and thereon alleges, that Defendant Papyrus-Recycled Greetings, Inc. ("Recycled Greetings") is an Illinois corporation that is subject to the jurisdiction of this Court.  Recycled Greetings produces and sells greeting cards and conducts its business on the internet at prgreetings.com.

7.     According to its website, DCI is "[k]nown for their clever humor and depth of design" and more than 20,000,000 of their cards are sold annually, making DCI the "largest contributor" to Defendant Recycled Greetings.  Plaintiff is informed and believes, and thereon alleges, that Defendant DCI and Defendant Recycled Greetings (collectively, "Defendants") authorized, directed, participated in, contributed to, ratified, and/or accepted the benefits of the wrongful acts as alleged herein.

8.     The true names and capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes and based thereon alleges that each of the fictitiously named defendants is

-4-

1   responsible in some manner for the events, acts, occurrences and liabilities alleged and

2   referred to herein.  Some of the DOE defendants include the retailers who sold the

3

4   infringing greeting cards, however, Plaintiff currently does not know their identities.

5   Plaintiff will seek leave to amend this Complaint to allege the true names and

6   capacities of these DOE defendants when the same are ascertained.

7

8                                **SUBSTANTIVE ALLEGATIONS**

9                   ***Plaintiff and His Video, Copyright and Trademark***

10          9.      Plaintiff is a comedian, narrator, writer, and actor, and is commonly

11

12   known by his alias, "Randall."

13          10.     On January 18, 2011, Plaintiff published a video (the "Video") on

14

15   YouTube that consisted of his original narration humorously describing the traits of a

16   honey badger.[1]  The Video, titled *The Crazy Nastyass Honey Badger (original*

17   *narration by Randall)*, became an instant hit.  The Video went "viral" and is one of

18

19   the most popular videos ever uploaded onto YouTube.  To date, the Video has

20   generated more than _76 million_ views on YouTube.  The Video and subsequent

21   phenomenon have been covered by internet blogs such as the *Huffington Post* (which

22

23   proclaimed "Honey Badger Don't Care [as] the best nature video of all time") as well

24   as by entertainment and news outlets from *Forbes* to the *New York Observer* to *TMZ*.

25          11.     In the Video, among Plaintiff's original expressions and jokes are  that

26

27   _____

28   [1]The Video is available at https://www.youtube.com/watch?v=4r7wHMg5Yjg

the "HONEY BADGER DON'T CARE" and the "HONEY BADGER DON'T GIVE A SHIT." Specifically regarding the phrase "Honey Badger Don't Give a Shit" ("HBDGS"), Plaintiff recites that expression verbatim or similarly four (4) different times in the Video. (Video at 0:24; 0:35; 1:18; and 1:30.) Plaintiff's original expressions (and others contained in the Video) have gained a tremendous amount of notoriety, and his expressions have been referred to in commercials, television shows, magazines, and throughout the internet.

12.     Plaintiff is the owner of trademark registrations for HONEY BADGER DON'T CARE (the "Mark"). Plaintiff registered the Mark with the United States Patent and Trademark Office ("USPTO") for various classes of goods under the following Registration Numbers: 4,505,781; 4,419,079; 4,419,081; and 4,281,472. Attached hereto as **Exhibit A** are true and correct copies of the Trademark Registrations.

13.     Initially, the USPTO rejected Plaintiff's trademark application on the grounds that Plaintiff's usage of the Mark was ornamental and did not function as a trademark to identify Plaintiff as the source of his goods. Plaintiff responded to the USPTO, detailing why the Mark was an indicator of source. In his Response to Office Action sent to the USPTO, Plaintiff included screenshots of his Video and website, provided specimens showing the various goods he sold using the Mark, and cited law in support of his argument that the Mark was not merely ornamental but served as a source identifier. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's

Response to Office Action sent to the USPTO.  The USPTO considered the evidence, reversed its initial decision, and issued Plaintiff the trademark registrations.

14.   After the Video was published, Plaintiff produced and sold goods, including, *inter alia*, t-shirts, sweatshirts, bumper stickers, hats, mugs and plush dolls that displayed his Mark and expressions.  Plaintiff has also selectively licensed his intellectual property rights to third parties in order to monetize the profitability of his Marks.

15.   In about February 2011, since soon after the Video was made, Plaintiff began using the HBDGS mark as a trademark on goods.  Plaintiff used, and uses, the HBDGS mark as a source identifier on numerous products, including:  men's t-shirts; women's t-shirts; women's tank tops; baby bodysuits; infant t-shirts; hats; coffee mugs; keychains; magnets; stickers; mugs; plates; aprons; buttons; mouse pads; and posters.  Attached hereto as **Exhibit C** are true and correct copies of advertisements for some of Plaintiff's authorized goods bearing his HBDGS mark.

16.   Specifically, Plaintiff also produced and sold greeting cards and postcards that displayed both his trademarks and expressions of "Honey Badger Don't Care" and HBDGS.  For example, attached hereto as **Exhibit D** is a true and correct copy of an advertisement for one of Plaintiff's authorized postcards bearing his HBDGS mark.  In addition, attached hereto as **Exhibit E** are true and correct copies of some of Plaintiff's authorized greeting cards bearing his Mark.  Some of Plaintiff's authorized greeting cards state, "Honey Badger Don't Care!!! About Christmas" and

FIRST AMENDED COMPLAINT

"Honey badger don't care about St. Patrick's Day."  (Ex. E)  As alleged herein, Defendants' unauthorized greeting cards are confusingly similar to Plaintiff's authorized greeting cards.  Plaintiff continues to sell such greeting cards and postcards today.

17.    Plaintiff primarily advertises his goods bearing his Marks, including greeting cards, on the internet.  Sales of Plaintiff's merchandise bearing his Marks have been substantial, with a majority of the sales occurring via the internet.

18.    Plaintiff's trademark is inherently distinctive and/or has acquired secondary meaning as to the source of all products advertised, marketed, sold, or used in connection with his trademark and derivations thereof.  The Mark and its derivations are instantly recognizable as being associated with Plaintiff (i.e. Randall).  The Mark and/or its derivations have appeared in Plaintiff's Video, and have since been displayed on numerous advertisements and goods that Plaintiff promotes.  Plaintiff even authored a book titled *Honey Badger Don't Care:  Randall's Guide to Crazy Nastyass Animals,* and launched a mobile "app" titled *The Honey Badger Don't Care.*

19.    Plaintiff has expended a significant amount of time and effort in making his Marks well-known to the public.  Plaintiff has promoted his Marks by, *inter alia,* advertising it in connection with his products, making guest appearances in media outlets, and publicizing the Marks through social media platforms.

20.    As a result of the foregoing, including, but not limited to, the extensive

-8-

FIRST AMENDED COMPLAINT

advertisements, promotions, sales, and enormous popularity of the Marks, the public has come to exclusively identify the Mark and its derivations with Plaintiff. Among other things, Plaintiff, his expressions, and/or his Mark have appeared or been alluded to in a Wonderful Pistachios commercial during *Dancing with the Stars*, in an episode of the popular television show *America's Got Talent*, in an episode of the hit television series *Glee* by the show's famous cheerleading coach Sue Sylvester (Jane Lynch), in a *Vogue* profile of celebrity recording artist Taylor Swift, and on the *Howard Stern* radio show (Baba Booey). Plaintiff's expressions and Mark are famous and distinctive under applicable law, including within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127.

### Defendants' Unlawful Activities and Willful Infringement

21.     Defendants are competitors of Plaintiff, as they also produce and sell greeting cards.

22.     Defendants created, produced, distributed and sold greeting cards that bore: Plaintiff's expressions that were copied verbatim from Plaintiff's Video; derivations of Plaintiff's Mark; and phrases confusingly similar to Plaintiff's Mark. For instance, Defendants sold multiple variations of greeting cards that stated, "Honey Badger don't give a shit," a clear reference to, and improper use and trading off of, Plaintiff's Mark. Defendants' greeting cards are confusingly similar to Plaintiff's authorized cards. For instance, some of Defendants' greeting cards state, "Halloween is Here. Honey Badger don't give a shit." and "It's Your Birthday! Honey Badger

-9-

Don't Give A Sh*T."  Attached hereto as **Exhibit F** are true and correct copies of some of Defendants' infringing greeting cards.  Defendants produced and sold these greeting cards throughout the United States, including California.  Defendants began selling the infringing greeting cards after Plaintiff used the Honey Badger Don't Care and HBDGS marks in commerce.

23.    Defendants' unlawful use of Plaintiff's trademark and their unfair competition enabled them to reap financial success, as Defendants produced and sold greeting cards in various formats, all with derivations of Plaintiff's trademark. Defendants' sales of the infringing cards were substantial, as the cards were sold in numerous retail stores throughout the country.

24.    In producing and selling the infringing cards, Defendants intended to capitalize on Plaintiff's Mark, trample upon his intellectual property rights, and cause customer confusion in the process.  Actual customer confusion occurred, as Plaintiff (i.e., Randall) received inquiries from his admirers who asked Plaintiff whether the greeting cards were his own and customers believed Defendants' cards were affiliated with Plaintiff.  Consumers actually inferred a connection between Defendants' greeting cards and Plaintiff.  Some examples include one of Plaintiff's admirers "tweeting" he saw a line of Defendants' greeting cards and stating Defendants were "riding off your name", and another admirer who sent Plaintiff photocopies of Defendants' cards and said, "I hope you're getting royalties from this stuff."  Another consumer bought Defendants' cards, tweeted to Plaintiff a photo of Defendants' cards

and stated, "@Randallsanimals look what we found" in belief the consumer purchased one of Plaintiff's authorized greeting cards.  Attached hereto as **Exhibit G** is a true and correct copy of one of the tweets received by Plaintiff concerning Defendants' cards.  The cards were not authorized by Plaintiff, though they misleadingly appeared to be.

25.    Defendants' intentional and deceitful acts of unfair competition and use of the Marks have caused confusion, and are likely to do so in the future, and have caused mistake and deception as to the affiliation or association of the Defendants with Plaintiff, and as to the origin, sponsorship, or approval of the Defendants' goods by Plaintiff.  Plaintiff has neither authorized nor consented to the use by Defendants of the Mark, any colorable imitation of it, or any mark confusingly similar to it.

26.    Plaintiff is informed and believes, and thereon alleges, the Defendants' purpose in utilizing the Marks is an attempt to benefit unfairly from the valuable goodwill and extreme popularity of the Marks, which was established at great expense and effort by Plaintiff.  Defendants' use of Plaintiff's HBDGS mark was a clear attempt to steer customers its way and confuse them as to the source of the goods, for commercial gain.  Defendants unlawfully capitalized off Plaintiff's goodwill and intellectual property rights.

27.    On information and belief, notwithstanding Plaintiff's written demand that Defendant cease and desist from selling the infringing cards, Defendant continued to sell the infringing cards in intentional disregard of Plaintiff's rights.

-11-

FIRST AMENDED COMPLAINT

# FIRST CLAIM

## (Trademark Infringement under 15 U.S.C. §1114 *et seq.* Against All Defendants)

28.     Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 27, as though fully set forth herein.

29.     The aforesaid acts of Defendants constitute infringement of the Mark under 15 U.S.C. §1114 *et seq.*

30.     As a direct and proximate result of Defendants' wrongful acts, Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to his trademark, reputation, and goodwill.  Defendants will continue to use the Mark and will cause irreparable damage to Plaintiff.  Plaintiff has no adequate remedy at law and is entitled to an injunction restraining Defendants and their officers, agents, employees, and all persons acting in concert with them, from engaging in further acts of infringement.

31.     Plaintiff is further entitled to recover from Defendants the actual damages that he sustained and/or is likely to sustain as a result of Defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages that he has sustained and/or is likely to sustain by reason of Defendants' acts of trademark infringement.

32.     Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages that Defendants have obtained as a result of their wrongful acts. Plaintiff is presently unable to ascertain the extent of the gains, profits, and advantages

FIRST AMENDED COMPLAINT

1  that Defendants have realized by reason of their acts of trademark infringement.

2      33.    Because of the willful nature of the wrongful acts of Defendants, Plaintiff

3

4  is entitled to all remedies available under 15 U.S.C. §§1117 and 1118, including but

5  not limited to an award of treble damages and increased profits pursuant to 15 U.S.C.

6  §1117.

7

8      34.    Plaintiff also is entitled to recover his attorneys' fees and costs of suit

9  pursuant to 15 U.S.C. §1117.

10                          **SECOND CLAIM**

11

12  **(Trademark Infringement under California Common Law Against All**

13                          **Defendants)**

14      35.    Plaintiff repeats, repleads and realleges paragraphs 1 through 34,

15

16  inclusive, of this Complaint and incorporates the same herein by the reference as

17  though set forth in full.

18      36.    Defendants' use of the Marks without Plaintiff's consent constitutes

19

20  trademark infringement and unfair competition in violation of California common law

21  in that, among other things, such use is likely to cause confusion, deception, and

22

23  mistake among the consuming public as to the source, approval or sponsorship of the

24  goods offered by Defendants.

25      37.    Defendants' acts were designed to trade upon Plaintiff's reputation and

26

27  goodwill by causing confusion and mistake among consumers and the public.

28  Plaintiff is entitled to preliminary and permanent injunctions restraining and enjoining

-13-

Defendants and their officers, agents, affiliates, vendors, partners and employees, and all persons acting in concert with Defendants, from using in commerce Plaintiff's federally registered Mark and its derivations and his common law rights in same.

38.    As a direct and proximate result of Defendants' willful and intentional actions, Plaintiff has suffered damages in an amount to be determined at trial. Because of the willful nature of Defendants' wrongful acts, Plaintiff is entitled to an award of punitive damages.

## THIRD CLAIM

### (Federal Unfair Competition and False Designation of Origin in Violation of 15 U.S.C. §1125(a) Against All Defendants)

39.    Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 38, as though fully set forth herein.

40.    Defendants' acts as alleged above constitute unfair competition and a false designation of origin which have caused confusion, mistake, deception as to the affiliation, connection or association of Defendants with Plaintiff and as to the origin, sponsorship, or approval of Defendants' goods, services and/or activities by Plaintiff and are likely to do so in the future, in violation of the Lanham Act, 15 U.S.C. §1125(a).

41.    As a direct and proximate result of Defendants' wrongful acts, Plaintiff has suffered and continues to suffer and is likely to suffer damage to his reputation, goodwill, and to the Marks. Defendants will continue the activities alleged herein and

-14-

will cause irreparable damage to Plaintiff.  Plaintiff has no adequate remedy at law and is entitled to an injunction restraining Defendants, their officers, agents, affiliates, vendors, partners and employees, and all persons acting in concert with Defendants, from engaging in further acts of unfair competition, deceitful acts using the Marks, and false designation of origin and false affiliation and association.

42.   Plaintiff is further entitled to recover from Defendants the actual damages that he sustained and/or is likely to sustain as a result of Defendants' wrongful and devious acts.  Plaintiff is presently unable to ascertain the full extent of the monetary damages that he has suffered and/or is likely to sustain by reason of Defendants' acts of unfair competition and false designation of origin and false affiliation and association.

43.   Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages they have obtained as a result of their wrongful and malicious acts. Plaintiff is presently unable to ascertain the extent of the gains, profits, and advantages that Defendants have realized by reason of their acts of unfair competition and false designation of origin and false affiliation and association.

44.   Because of the willful nature of the wrongful acts of Defendants, Plaintiff is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. §1117.

45.   Plaintiff is also entitled to recover his attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117.

FIRST AMENDED COMPLAINT

## FOURTH CLAIM

### (Unfair Competition Against All Defendants)

46.    Plaintiff repeats, repleads and realleges paragraphs 1 through 45, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

47.    Defendants' actions constitute unfair competition under the statutory law of California, including California Business and Professions Code section 17200, *et seq.*, and under the common law of the State of California.

48.    The acts and conduct of Defendants complained of herein have caused Plaintiff irreparable injury, and will, unless retrained, further impair the value of his Marks, intellectual property rights, reputation, and goodwill.  Plaintiff has no adequate remedy at law.

49.    Plaintiff is informed and believes that Defendants have unlawfully obtained profits through their acts of unfair competition.  Defendants should be forced to disgorge such unlawful profits to Plaintiff.

50.    Plaintiff is further entitled to recover from Defendants his actual damages sustained as a result of Defendants' wrongful acts.  Plaintiff is presently unable to ascertain the full extent of the monetary damages he has suffered by reason of Defendants' acts of unfair competition.

51.    Because of the willful nature of Defendants' wrongful acts, Plaintiff is entitled to an award of punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants and each of them as follows:

1.     That Defendants have (i) infringed the Mark under 15 U.S.C. §1114 *et seq.*; (ii) infringed the Marks under California law; and (iii) engaged in unfair competition, and violated California Business and Professions Code section 17200 *et seq.*

2.     That each of the above acts were willful.

3.     That Plaintiff be awarded (i) all profits of Defendants, (ii) all of his damages, (iii) statutory damages available under the law including 15 U.S.C. §1117, if elected, (iv) treble damages, (v) punitive damages, (vi) disgorgement and restitution of all benefits received by Defendants arising from their infringement as provided by law, and/or (vii) enhanced damages for Defendants' willful infringement as provided in 15 U.S.C. §1117, the sum of which will be proven at the time of trial.

4.     That Defendants, their officers, agents, servants, affiliates, partners, vendors, employees and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from:

a.     Using Plaintiff's expression and mark "HONEY BADGER DON'T CARE" or any colorable imitation thereof, or any other expression or mark likely to cause confusion, mistake, or deception, in connection with the sale, offering for sale,

-17-
FIRST AMENDED COMPLAINT

distribution, manufacturing, advertising, or promotion of their

goods or services;

b.    Using any false designation of origin or false description that

can, or is likely to, lead the public to believe that any product

manufactured, distributed, sold, offered for sale, or advertised by

Defendant are in any manner associated or connected with

Plaintiff is sold, manufactured, licensed, sponsored, or approved

or authorized by Plaintiff; and

c.    Engaging in any other activity constituting an infringement of

Plaintiff's trademark rights or otherwise unfairly competing with

Plaintiff.

5.    That Defendants be directed to deliver up to Plaintiff all products bearing the Mark, any copy, simulation, variation or colorable imitations of the Mark, and any documents or tangible things that discuss, describe, mention or relate to such products.

6.    That Defendants file with the Court and serve upon Plaintiff's counsel within thirty (30) days after entry of judgment a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the requirements of the injunction.

7.    That Defendants be required to pay to Plaintiff all of his costs, disbursements, and attorney's fees in this action.

8.    For prejudgment interest.

FIRST AMENDED COMPLAINT

9.     For such other relief as the Court deems proper.

DATED:  December 22, 2015      Respectfully submitted,

                              KRANE & SMITH, APC

By: _____
         DANIEL L. REBACK
         Attorneys for Plaintiff, Christopher
         Gordon

FIRST AMENDED COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff CHRISTOPHER GORDON hereby demands a jury trial in this action.

DATED:  December 22, 2015

Respectfully submitted,

KRANE & SMITH, APC

By: _____
DANIEL L. REBACK
Attorneys for Plaintiff, Christopher Gordon

-20-
FIRST AMENDED COMPLAINT

# EXHIBIT "A"

# United States of America
### United States Patent and Trademark Office

## HONEY BADGER DON'T CARE

**Reg. No. 4,505,781**

**Registered Apr. 1, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, ONE PIECE GARMENT FOR INFANTS AND TODDLERS, LONG-SLEEVE SHIRTS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-24-2011; IN COMMERCE 2-24-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-447,667, FILED 10-14-2011.

SCOTT BIBB, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

**EXHIBIT A**



# United States of America

### United States Patent and Trademark Office

## HONEY BADGER DON'T CARE

**Reg. No. 4,281,472**

**Registered Jan. 29, 2013**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
PO BOX 1135
CHICAGO, IL 606901135

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-7-2011; IN COMMERCE 10-7-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-449,921, FILED 10-18-2011.

SCOTT BIBB, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

## HONEY BADGER DON'T CARE

**Reg. No. 4,419,081**

**Registered Oct. 15, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: (BASED ON USE) CHRISTMAS TREE ORNAMENTS AND DECORATIONS, TALKING DOLLS AND PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-8-2011; IN COMMERCE 10-8-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-449,924, FILED 10-18-2011.

SCOTT BIBB, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HONEY BADGER DON'T CARE

**Reg. No. 4,419,079**
**Registered Oct. 15, 2013**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTOPHER Z. GORDON (UNITED STATES INDIVIDUAL)
C/O SANA HAKIM OF K&L GATES
P.O. BOX 1135
CHICAGO, IL 606901135

FOR: AUDIO BOOKS IN THE FIELD OF COMEDY, PARODY AND SATIRE; COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, PORTABLE MEDIA PLAYERS, HANDHELD COMPUTERS, NAMELY, SOFTWARE FOR PLAYING GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2011; IN COMMERCE 12-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-447,668, FILED 10-14-2011.

SCOTT BIBB, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

# EXHIBIT "B"

PTO Form 1957 (Rev 9.2005)
OMB No 0651-0050 (Exp 07 31 2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85447667 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85447667 |
| **LITERAL ELEMENT** | HONEY BADGER DON'T CARE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:       Christopher Z. Gordon

Mark:         HONEY BADGER DON'T CARE

Serial No.     85/447,667

Examining
Attorney:      Scott K. Bibb
              Law Office 109

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

### RESPONSE TO OFFICE ACTION OF FEBRUARY 9, 2012

The applicant, Christopher Z. Gordon ("Applicant"), by its attorneys, responds to the Office Action of February 9, 2012 as follows:

**EXHIBIT B**

# I.
# INTRODUCTION

Applicant filed to register the mark HONEY BADGER DON'T CARE for the following goods, a amended herein, "clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers (based on use); long-sleeve shirts, caps; and pajamas (based on intent to use)" in Class 25. In an Office Action dated February 9, 2012, the Examining Attorney refused registration of Applicant's mark pursuant to 15 U.S.C. §§ 1051-52, 1127 on the grounds that the mark as used on the specimen submitted for the clothing, namely t-shirts, tank tops, one piece garment for infants and toddlers is merely a decorative or ornamental feature of the goods.

Applicant respectfully disagrees with the Examining Attorney's conclusion that its HONEY BADGER DON'T CARE mark is a merely ornamental feature of Applicant's goods. Instead, Applicant submits that the mark is an indicator of source for the identified goods.

# II.
# THE MARK HONEY BADGER DON'T CARE
# IS A SOURCE IDENTIFIER

If an applicant establishes that the proposed mark serves as an indicator of secondary source, the matter is registrable on the Principal Register. TMEP § 1202.03(c). In order to demonstrate the secondary-source function, the applicant may submit evidence that the proposed mark would be recognized as a mark through use with goods or services other than those identified in the application. Id.

Applicant submitted a screenshot from its online store showing use of the mark in connection with clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, as a specimen in support of Applicant's assertion of the 1(a) basis for its clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers. The Examining Attorney objected to the specimen on the grounds that the mark was merely an ornamental feature of the goods. Applicant submits that its HONEY BADGER DON'T CARE mark is a source identifier of Applicant's clothing. Indeed, Applicant uses the mark HONEY BADGER DON'T CARE in connection with several other goods, as shown in the specimen and as discussed below.

Moreover, "just because a 'mark' is visually pleasing or serves in some way to ornament the good does not render it unregistrable if the mark is also inherently distinctive . . . ." In re Tire Mart, Inc., Serial No. 78292388 (not precedential) (citing In re Swift & Co., 106 U.S.P.Q. 286, 288 (CCPA 1955). For example, in In re Paramount Pictures Corp., the Board held that MORK & MINDY was registrable for decals because the applicant had a television series of that name and had previously registered MORK & MINDY for various goods and services. 213 U.S.P.Q. 1111, 1112 (TTAB 1982); TMEP § 1202.03(c). The Board found that while MORK & MINDY was part of the ornamentation of the decal, the primary significance of MORK & MINDY to a prospective purchaser of decals was to indicate source or origin in the proprietor of the television series and its principal characters. Id.

Applicant submits that its HONEY BADGER DON'T CARE mark is not mere ornamentation but similar to the terms MORK & MINDY in In re Paramount Pictures Corp., the mark references a well known media phenomenon created by Applicant and serves as a source identifier for Applicant's goods. Applicant is the creator of the viral video "The Crazy Nastyass Honey Badger," a wildlife narration about the honey badger animal, which has received more than 48 million hits on YouTube.com (available at http://www.youtube.com/watch?v=4r7wHMg5Yjg; screenshot attached as Exhibit A). One of the most well-known lines from the video is "honey badger don't care." See Exhibit B (screenshot of Applicant's website, page 2).

Most importantly, Applicant now uses HONEY BADGER DON'T CARE as a trademark. As shown in the specimen submitted, the mark is used as a source identifier in connection with decals, mugs, dolls and Christmas tree ornaments, among other items. See Exhibit C (screenshot of Applicant's online store

Amazon.com screenshot showing doll for sale). Applicant also offers a wall calendar under the mark, and sells a smart phone application under the HONEY BADGER DON'T CARE mark. See Exhibit D. Additionally, Applicant is offering books under the HONEY BADGER DON'T CARE mark. See Exhibit E. Like the Mork & Mindy characters in In re Paramount Pictures Corp., the terms "HONEY BADGER DON'T CARE" are frequently featured in Applicant's video and used as a trademark in connection with other goods. Therefore, the primary significance of the mark to purchasers of Applicant's clothing namely, t-shirts, tank tops, one piece garment for infants and toddlers, will be to indicate origin in Applicant, the proprietor of the Internet video.

Because the mark serves as a source identifier, rather than mere ornamentation, Applicant respectfully submits that the mark should be approved for registration.

### III.
### CONCLUSION

In view of the foregoing, Applicant respectfully submits that the subject application is therefore appropriate for publication. Favorable action in this regard is respectfully requested.

## EVIDENCE SECTION

### EVIDENCE FILE NAME(S)

| | |
|---|---|
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._tyass_Honey_Badger__original_narration_by_Randall__YouTube.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0003.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_B_-_Randall_s_Honey_Badger___About.pdf |
| **CONVERTED PDF FILE(S) (12 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0013.JPG |

| | |
|---|---|
| . | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0015.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_C_-_Online_store__doll.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0016.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0017.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0018.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0019.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0020.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0021.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_D_-_Calendar_and_Apps.pdf |
| **CONVERTED PDF FILE(S) (11 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0022.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0023.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0024.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0025.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0026.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0027.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0028.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0029.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0030.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0031.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0032.JPG |
| **ORIGINAL PDF FILE** | evi_691745820-142906257_._Exhibit_E_-_Honey_Badger_Don_t_Care_Book.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0033.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0034.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0035.JPG |
| | |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0036.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0037.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\854\476\85447667\xml1\ROA0038.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | Exhbit A - screenshot of YouTube.com; Exhibit B - screenshot of Applicant's website; Exhibit C - screenshot of Applicant's online store; Exhibit D - screenshots of Applicant's wall calendar and smart phone application; Exhibit E - Amazon.com screenshot of Applicant's book has been attached |

## GOODS AND/OR SERVICES SECTION (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 025 |

**DESCRIPTION**

(Based on use) Clothing, namely, t-shirts, tank tops, onesies; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

| | |
|---|---|
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/24/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/24/2011 |
| **FILING BASIS** | Section 1(b) |

## GOODS AND/OR SERVICES SECTION (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 025 |

**TRACKED TEXT DESCRIPTION**

(Based on use) Clothing, namely, t-shirts, tank tops, onesies; (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

**FINAL DESCRIPTION**

(Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

| | |
|---|---|
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/24/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/24/2011 |
| **FILING BASIS** | Section 1(b) |

| SIGNATURE SECTION | |
|---|---|
| **RESPONSE SIGNATURE** | /sh/ |
| **SIGNATORY'S NAME** | Sana Hakim |
| **SIGNATORY'S POSITION** | Attorney of record, Illinois bar member |
| **SIGNATORY'S PHONE NUMBER** | 312-807-4350 |
| **DATE SIGNED** | 08/09/2012 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Aug 09 15:43:12 EDT 2012 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XX.XX-20 120809154312782247-854476 67-4909aed1d12ceeec3e2e4d 72db585ed-N/A-N/A-2012080 9152955980940 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **85447667** HONEY BADGER DON'T CARE(Standard Characters, see
http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85447667) has been amended as follows:
**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Christopher Z. Gordon

Mark:       HONEY BADGER DON'T CARE

Serial No.     85/447,667

Examining
Attorney:     Scott K. Bibb
        Law Office 109

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

## RESPONSE TO OFFICE ACTION OF FEBRUARY 9, 2012

The applicant, Christopher Z. Gordon ("Applicant"), by its attorneys, responds to the Office Action of February 9, 2012 as follows:

## I.
## INTRODUCTION

Applicant filed to register the mark HONEY BADGER DON'T CARE for the following goods, as amended herein, "clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers (based on use); long-sleeve shirts, caps; and pajamas (based on intent to use)" in Class 25. In an Office Action dated February 9, 2012, the Examining Attorney refused registration of Applicant's mark pursuant to 15 U.S.C. §§ 1051-52, 1127 on the grounds that the mark as used on the specimen submitted for the clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers is merely a decorative or ornamental feature of the goods.

Applicant respectfully disagrees with the Examining Attorney's conclusion that its HONEY BADGER DON'T CARE mark is a merely ornamental feature of Applicant's goods. Instead, Applicant submits that the mark is an indicator of source for the identified goods.

## II.
## THE MARK HONEY BADGER DON'T CARE
## IS A SOURCE IDENTIFIER

If an applicant establishes that the proposed mark serves as an indicator of secondary source, the matter is registrable on the Principal Register. TMEP § 1202.03(c). In order to demonstrate the secondary-source function, the applicant may submit evidence that the proposed mark would be recognized as a mark through use with goods or services other than those identified in the application. Id.

Applicant submitted a screenshot from its online store showing use of the mark in connection with clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, as a specimen in support of Applicant's assertion of the 1(a) basis for its clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers. The Examining Attorney objected to the specimen on the grounds that the mark was merely an ornamental feature of the goods. Applicant submits that its HONEY BADGER DON'T CARE mark is a source identifier of Applicant's clothing. Indeed, Applicant uses the mark HONEY BADGER DON'T CARE in connection with several other goods, as shown in the specimen and as discussed below.

Moreover, "just because a 'mark' is visually pleasing or serves in some way to ornament the goods does not render it unregistrable if the mark is also inherently distinctive . . . ." In re Tire Mart, Inc., Serial No. 78292388 (not precedential) (citing In re Swift & Co., 106 U.S.P.Q. 286, 288 (CCPA 1955). For example, in In re Paramount Pictures Corp., the Board held that MORK & MINDY was registrable for decals because the applicant had a television series of that name and had previously registered MORK & MINDY for various goods and services. 213 U.S.P.Q. 1111, 1112 (TTAB 1982); TMEP § 1202.03(c). The Board found that while MORK & MINDY was part of the ornamentation of the decal, the primary significance of MORK & MINDY to a prospective purchaser of decals was to indicate source or origin in the proprietor of the television series and its principal characters. Id.

Applicant submits that its HONEY BADGER DON'T CARE mark is not mere ornamentation but, similar to the terms MORK & MINDY in In re Paramount Pictures Corp., the mark references a well-known media phenomenon created by Applicant and serves as a source identifier for Applicant's goods.

Applicant is the creator of the viral video "The Crazy Nastyass Honey Badger," a wildlife narration about the honey badger animal, which has received more than 48 million hits on YouTube.com (available at http://www.youtube.com/watch?v=4r7wHMg5Yjg; screenshot attached as Exhibit A). One of the most well-known lines from the video is "honey badger don't care." See Exhibit B (screenshot of Applicant's website, page 2).

Most importantly, Applicant now uses HONEY BADGER DON'T CARE as a trademark. As shown in the specimen submitted, the mark is used as a source identifier in connection with decals, mugs, dolls, and Christmas tree ornaments, among other items. See Exhibit C (screenshot of Applicant's online store; Amazon.com screenshot showing doll for sale). Applicant also offers a wall calendar under the mark, and sells a smart phone application under the HONEY BADGER DON'T CARE mark. See Exhibit D. Additionally, Applicant is offering books under the HONEY BADGER DON'T CARE mark. See Exhibit E. Like the Mork & Mindy characters in In re Paramount Pictures Corp., the terms "HONEY BADGER DON'T CARE" are frequently featured in Applicant's video and used as a trademark in connection with other goods. Therefore, the primary significance of the mark to purchasers of Applicant's clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers, will be to indicate origin in Applicant, the proprietor of the Internet video.

Because the mark serves as a source identifier, rather than mere ornamentation, Applicant respectfully submits that the mark should be approved for registration.

### III.
### CONCLUSION

In view of the foregoing, Applicant respectfully submits that the subject application is therefore appropriate for publication. Favorable action in this regard is respectfully requested.

**EVIDENCE**

Evidence in the nature of Exhbit A - screenshot of YouTube.com; Exhibit B - screenshot of Applicant's website; Exhibit C - screenshot of Applicant's online store; Exhibit D - screenshots of Applicant's wall calendar and smart phone application; Exhibit E - Amazon.com screenshot of Applicant's book has been attached has been attached.

**Original PDF file:**
evi_691745820-142906257_._tyass_Honey_Badger__original_narration_by_Randall__-_YouTube.pdf
**Converted PDF file(s) ( 2 pages)**
Evidence-1
Evidence-2
**Original PDF file:**
evi_691745820-142906257_._Exhibit_B_-_Randall_s_Honey_Badger__About.pdf
**Converted PDF file(s) ( 12 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8

Evidence-9
Evidence-10
Evidence-11
Evidence-12
**Original PDF file:**
evi_691745820-142906257_._Exhibit_C_-_Online_store__doll.pdf
**Converted PDF file(s) ( 6 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
**Original PDF file:**
evi_691745820-142906257_._Exhibit_D_-_Calendar_and_Apps.pdf
**Converted PDF file(s) ( 11 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
**Original PDF file:**
evi_691745820-142906257_._Exhibit_E_-_Honey_Badger_Don_t_Care_Book.pdf
**Converted PDF file(s) ( 6 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6

## CLASSIFICATION AND LISTING OF GOODS/SERVICES
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for (Based on use) Clothing, namely, t-shirts, tank tops, onesies; (Based on intent to use) Long-sleeve shirts, caps; and pajamas
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective

membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/24/2011 and first used in commerce at least as early as 02/24/2011 , and is now in use in such commerce.

**Proposed:**
**Tracked Text Description:** ~~(Based on use) Clothing, namely, t-shirts, tank tops, onesies;~~ (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas

Class 025 for (Based on use) Clothing, namely, t-shirts, tank tops, one piece garment for infants and toddlers; (Based on intent to use) Long-sleeve shirts, caps; and pajamas
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/24/2011 and first used in commerce at least as early as 02/24/2011 , and is now in use in such commerce.
**SIGNATURE(S)**
**Response Signature**
Signature: /sh/   Date: 08/09/2012
Signatory's Name: Sana Hakim
Signatory's Position: Attorney of record, Illinois bar member

Signatory's Phone Number: 312-807-4350

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to

the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 85447667
Internet Transmission Date: Thu Aug 09 15:43:12 EDT 2012
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XX-20120809154312782
247-85447667-4909aed1d12ceeec3e2e4d72db5
85ed-N/A-N/A-20120809152955980940

The Crazy Nastyass Honey Badger (original narration by Randall) - YouTube          Page 1 of 2



The Crazy Nastyass Honey Badger (original narration by Randall) - YouTube        Page 2 of 2



Author withheld

Honey Badger don't care Honey Badger don't give a shit
SamAdamsAlan1  16 hours ago   3

« Previous  1  2  3  4  5  6  7  Next »

Prince Royce - El amor
que perdimos (live)
by tuconona
43,602,080 views                   4:20

The 100 Greatest Movie
Insults of All Time
by hhTedds
18,623,817 views                   9:58

BADGER VS. HUMAN
(CRAZY)
by andyp311
393,273 views                     3:10

Flo Rida - Whistle
[Official Video]
by TheWarnerSound
58,719,897 views                  3:55

Funny Talking Animals
- Best Of!
by Fuzzell303
6,685,203 views                   3:39

Honey Badgers: The
Crazy Truth
by vlogbrothers
1,344,055 views                   8:54

Polar bears and dogs
playing
by FirstscienceTV
8,640,892 views                  2:18

How to trick people
into thinking you're
by JennaMarbles
43,649,789 views                 2:37

Jennifer Aniston
by Flinkchee
58,783,983 views                 2:56

Load more suggestions



### Denxw

To email Randall  click here and fill out the contact form.

The Honey Badger is a viral video featuring nature documentary footage with voiceover narration provided by Randall, a self-proclaimed animal lover who has since launched a successful YouTube series of similar videos. The Honey Badger video gained a great deal of popularity in early 2011 for its sassy commentary and irreverent personification of the mammals.

## Origin

The video, titled "The Crazy Nastyass Honey Badger (original narration by Randall)", was uploaded by YouTuber czg123 on January 18th, 2011. The video features original footage taken from a National Geographic special on the ornery and tough honey badgers, which aired in 2007.



Between its online debut on January 18th, 2011 and December 2011, Randall's Honey Badger video racked up more than 26 million views and spawned a cult following on YouTube. By the end of the year, his channel had over 40,992,000 upload views, averaging out to 20,074 views a day. Randall's highly memorable quotes such as "honey badger don't give a shit" or "honey badger don't care," coupled with his passionate interpretation of the animal's adventures made the video an instant hit.

Towards the end of January 2011, the honey badger video was covered by Internet humor blogs like Urlesque, Huffington Post, Funny Or Die, and BuzzFeed as well as mainstream entertainment news sites like PopCrunch and TMZ.

Randall's honey badger narration also inspired a variety of image macros, remixes and tribute videos centered around catchphrases from the video. Meanwhile, sites and stores like Hot Topic sought to capitalize on the viral status of honey badgers by launching several t-shirts and other merchandise with pictures of honey badgers and Randall quotes.

On April 19th, a brief reference to a honey badger appeared on the popular TV series "Glee," most likely alluding to Randall's video:



## Notable Examples

**Wild Wild World of Animals**

Inspired by the viral spread and positive reception of his honey badger video, Randall created a YouTube series titled "Randall's Wild Wild World of Animals" using similar documentary footage of wild animals. Episodes included "The Miracle of the Daffy Jesus Lizard," "The Great White Sea-Monster" and "The Slowass Sloth" among others.



**Mainstream Media**

On February 22nd, 2011, Randall created a video in collaboration with MovieFone in which he provided

commentaries in a round-up review on 2011 Oscar nominees using the same style of voiceover from the honey badger commentary:



In March 2011, Huffington Post published an exclusive video titled "The Pigs of Wall Street" featuring Randall's commentaries on the greed of the U.S. financial industry.

In mid-March, Australian rugby player Nick Cummins stated to the press that his new, more agressive tackling style was inspired by the honey badger "after watching a wildlife documentary."Although he never specifically mentions the Randall video, the timing of his announcement suggests that it may have been the "documentary" to which he was referring.

## Commercial Features

### Grasshopper

On May 31st, Randall released a commercial for Grasshopper in which he provides a voiceover in similar style of other videos. In June 2011, Microsoft's search engine Bing released an update to the tools they make available to webmasters and SEO experts. They called the update "Honey Badger."

### MythBusters

On July 24th, the Discovery Channel released a promo titled "MythBusters: Randall's Busters" which previewed scenes from the upcoming season of Mythbusters narrated by Randall in his stereotypical style.



**Bankrupting America**

On August 17th, 2011, Bankrupting America, a campaign started by the nonpartisan, nonprofit project Public Notice, launched a PSA video titled "Crazy Washington Honey Badgers" on YouTube, featuring Randall's voice explaining the debt crisis and the recent showdown in Congress:



**Wonderful Pistachios**

On September 30th, 2011, a TV commercial for the snack company Wonderful Pistachios starring a honey badger with familiar voiceover by Randall debuted on YouTube and aired during the broadcast of ABC series Dancing With The Stars. The clip features the "fearless animal" cracking open pistachios with a

narration by Randall. Since its launch in 2010, the ad campaign for Wonderful Pistachios has featured a number of Internet sensations and pop culture icons such as Keyboard Cat, Angry Birds and the Annoying Orange orange.



Upon the release of the video on YouTube, several news publications like Forbes, MSNBC, and Entertainment Weekly wrote articles about the commercialization of the honey badger.

**Football**

On January 6th, 2012, CSN Bay Area reported that the San Francisco 49ers head coach Jim Harbaugh had been using the honey badger video as a motivational tool.



On January 10th, The Washington Post published an article in which the honey badger narrator Randall compared LSU's cornerback Tyrann D. Mathieu, nicknamed "Honey Badger", to the animal itself:

> "He just plays with such heart and vigor," Randall said. "It's just very exciting. To me, that embodies the honey badger. He just takes whatever he wants and nothing is going to stop him."



**Animated Series**

On January 17th, 2012, the entertainment blog Hollywood Reporter published an article about Canadian production company Six Eleven Media's plans to develop a Honey Badger animated series.

The project, which soon will be pitched to broadcast and cable networks, will follow an animated Randall, who is the chief professor of life sciences at a dysfunctional university. His course will feature his trademark color-commentary on documentary footage of topics related to science and the animal kingdom while forming an unusual bond with his student, fellow professors and the University mascot, "Honey," a "nastya–" honey badger.

The story was subsequently posted to The Daily What which pointed out that a Honey Badger book and several iPhone apps were already available.

About page written by know your meme on http://knowyourmeme.com/memes/honey-badger

Udogoioav Kroph | Edgjhu#Eudffndw





EX\6R2
Kroph | Edgjhu#Emm#



Kroph | Edgjhu#Wxdr



EX\QRZ

Krqh|#Edgjhu$Skrqh#Dssv#





EX\QRZ

Uhffrqwvrw.

Randall's Honey Badger | About                    Page 10 of 12

- Pr1) Widddklalpdffoduatw/ldfdyw() ) PdwhuffobvdEdutmp dddukugj Wddffrd cdWH
- YWW PHdddffPPdF FFQddddb kth/ldtHd vnhHdahuhpw) vddqdl dwFF ladtddj
- EnPud||ddeqdQuhw|dwdDue\ldddfbqqpthlkp|#Knh|ddlarlhuffdddprdpdj
- Zhgphqpd|/Pd|d3wcFrphdMdhdP|dRghUDnelMcddddw4ddwDdr1rdj
- LZrnddFrphd4Dsdundj FWdclprfApdfkrDocP|Hdqdd4flcrflfrdhrdj

## Dufklyhv#

- Mcd 5345
- Mgh#6345
- Pd|#6345
- Dnub6345

## Top#Tdlopdoorp#Anxfxel



## Wc|v#| Vidua$



Dcm$



JlwP |#Ecrr$

Randall's Honey Badger | About



Frqxdi5u2 Dexow



Qdyljdwling#

Kxp h
Ylzhry
Eor]
Xdqd5JK
Dqjp dov
Dexow
Frqxdi5w

## Vxxuh#

Dexov
Exrny
Fxxkhv
Pxx/f
Wrjy

## UnfrqwSxvwv

- Pr1) Wdrdkdqbdff xduhy/zd5exd ) Pdwhuf fdvwj8uxinp #xvhu#) Wdrdf/xxi c CDYH
- YDvW PHlDwFRPlF FRQ8klUp kdvlrj d vdrfldzhvhw ) vXqdrjHwFF lwhdd8
- EnFvd} |kdqrdpdv/dvdDrv \rdu8rxxrqdkxkp |kxxh/dxdrjhxfFdxrqxdd8
- Zbxrphvd|/Pd|k5wx c Fxp hdVhhP |RqhdTrxd Vxxzd8xvhqdxdd8
- LZ vxdd Fxp hq|dzdurdd8xxdxd8x/xdudc DxoP |kdxvdE/kdxd/pdxd8

Randall's Honey Badger | About                                    **Page 12 of 12**

Vxevfuleh:

Vxevfulehiwr puhQp dbghz vhhhhhhc uhfhlyh xsgdvhv1

| E-mail | Submit |



Udggdorv Kxgh| #Edgjlu#k  5345 DooUjkov Uhvhuyhg1

ghv/ljqhghb| =Q>exch Qxdi ima#Vwqlzv

Honey Badger Don't Care



View Cart   Size Charts   My Account

I ♥ MAINE   I ♥ FL   I ♥ MAINE   I ♥ BOSTON   RANDALL'S HONEY BADGER

Home    Apparel    Tees    Stuffed Animals    Bags    Gifts and Souvenirs    Kitchenware    Special Deals    Wholesale Login

COMPANY INFO
About Us
Contact Us
Returns
Shipping
Site Help / FAQ

Home > Honey Badger Don't Care

All products featuring the Honey Badger Don't Care logo

VISA   MasterCard

volusion
SECURE SITE
CLICK TO VERIFY

Sort By   Most Popular   GO!

10 per page   Page 1   of 1

**Honey Badger Doll (Adult Version)**
Our Price  $39.95
▶more info
add to cart

***PLEASE PLACE ORDER FOR DOLL SEPARATE OF ANY OTHER PRODUCTS FOR SHIPPING PURPOSES***

Due to popular demand, we have released a FINAL edition of Randall's original honey badger talking doll, but this time he's got a nasty mouth! These are going FAST. Get your R-rated doll now before they are all gone. Dolls are available for shipment the first week of May.

***PLEASE PLACE ORDER FOR DOLL SEPARATE OF ANY OTHER PRODUCTS FOR SHIPPING PURPOSES***

**Honey Badger Don't Care Mug**
Our Price  $12.00
▶more info
add to cart

11 oz. White Ceramic mug with your favorite morning companion printed on both sides

**Honey Badger Don't Care Infant Onesie**
Our Price  $18.00
▶more info
add to cart

**Honey Badger Don't Care Tank Top**
Our Price  $19.95
▶more info
add to cart

Luxurious 2x1 ribbed, 5 oz. 100% combed ringspun cotton. Longer tunic length guarantees a perfect fit.

**Honey Badger Don't Care Adult Unisex Tee**
Our Price  $20.00
▶more info
add to cart

**Honey Badger Don't Give a Shit Adult Unisex Tee**
Our Price  $20.00
▶more info
add to cart





Honey Badger Don't Care

| 6.1 ounce, 100% cotton tee. | 6.1 ounce, 100% cotton tee. |
|---|---|

**Honey Badger Don't Care Oval Decal**
Our Price **$2.99**

▶more info
add to cart



Badass Honey Badger Bumper Sticker.
Removable vinyl. 3 3/4 x 6 1/2 inches.

**Honey Badger Don't Care Christmas Ornament**
Our Price **$12.99**

▶more info
add to cart

3 1/4" White Shatterproof Ornament with Dark Green & Red
imprint of the Scrooge of the Animal World

**Honey Badger Don't Care Tee**
Our Price **$20.00**

▶more info
add to cart



**Honey Badger Takes What She Wants Tank Top**
Our Price **$19.95**

▶more info
add to cart



---

Copyright © 2012 I Heart This Place. All Rights Reserved.
Powered by Osman Page LLC & Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category Index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 1 of 4



**Product Features**

- Rare Talking Honey Badger Doll from Randall
- It comes in its own packing/travel case with all sorts of warning signs on it, cuz Honey Badger may just make a snack of your finger stupid (LOL)....
- Honey Badger is approximately 7 inches tall and around 14 inches long
- To make Honey Badger talk, you just pinch its left front paw (or the paw on your right side if you are looking directly at it.) Of course everyone knows a real Honey Badger doesn't speak, so Randall speaks for it and says several R-rated Adult quotes that you may have heard while watching The Honey Badger Video from Randall on YouTube.
- Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 2 of 4

## Product Details

**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**ASIN:** B0087Q811O
**Manufacturer recommended age:** 18 years and up
**Amazon Best Sellers Rank:** #24,984 in Toys & Games (See Top 100 in Toys & Games)
**Average Customer Review:** Be the first to review this item

Would you like to give feedback on images or tell us about a lower price?

## Product Description

Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

## Product Ads from External Websites (What's this?)                                         Sponsored Content

| HONEY BADGER DON'T CARE | HONEY BADGER DON'T CARE | HONEY BADGER DON'T CARE | DON'T CARE | HONEY BADGER |
|---|---|---|---|---|
| **Honey Badger Don't Care Mug** | **Honey Badger Don't Care Red Mousepad** | **Honey Badger Don't Care about Father's Day Card** | **Don't Care Honey Badger Coffee Mug** | **Honey Badger Don't Care Coffee Mug** |
| $13.95 | $10.95 | $3.95 | $14.00 | $14.00 |
| + $5.99 Est. shipping | + $5.49 Est. shipping | + $3.99 Est. shipping | No Shipping Info | No Shipping Info |
| Zazzle, Inc. | Zazzle, Inc. | Zazzle, Inc. | TeeShirtPalace | TeeShirtPalace |

See a problem with these advertisements? Let us know                                      Advertise here

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| **Honey Badger Don't Care** | Officially Licensed **Honey Badger** Designs By **Randall**!
www.decalgirl.com/**Randalls-HoneyBadger** |
| **Honey Badger Don't Care** | Funny **Honey Badger** Shirt On sale now in great colors
www.betterthanpants.com/**honey-badger** |
| **Honey Badger Don't Care Shirt** | Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
www.zazzle.com/ |

See a problem with these advertisements? Let us know                                      Advertise on Amazon

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Write a customer review

From Hunting Vampires to Hunting History
Download 2 FREE audiobooks today
audible.com
An Amazon company
Learn more
with our trial offer
Advertisement

## Forums

**Listmania!**

Listmania!
create
your list
**HERE**
learn how
Create a Listmania! list

Search Listmania!

**So You'd Like to...**

So You'd Like to...
create
your guide
**NOW**
learn how
Create a guide

Search Guides

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card
suggesting this item
**Flexible Gifting Choices:** They can choose
this, or pick from millions of other items.
Get Started

Thought you
might like this...

**Look for Similar Items by Category**
Toys & Games > Grown-Up Toys

**Feedback**
▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

MegaStarent Privacy Statement          MegaStarent Shipping Information          MegaStarent Returns & Exchanges

**Your Recent History** (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 4 of 4

Help

## amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonSupply | AmazonWebServices | AmazonWireless | Askville | Audible | BeautyBar.com |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Services | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered |
| Book Depository | CreateSpace | Diapers.com | DPReview | Fabric | IMDb | Junglee.com | MYHABIT |
| Books With Free Delivery Worldwide | Indie Publishing Made Easy | Everything But The Baby | Digital Photography | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Private Fashion Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| Designer Fashion Brands | Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 1 of 4



## Product Features

- Rare Talking Honey Badger Doll from Randall
- It comes in its own packing/travel case with all sorts of warning signs on it, cuz Honey Badger may just make a snack of your finger stupid (LOL)....
- Honey Badger is approximately 7 inches tall and around 14 inches long
- To make Honey Badger talk, you just pinch its left front paw (or the paw on your right side if you are looking directly at it.) Of course everyone knows a real Honey Badger doesn't speak, so Randall speaks for it and says several R-rated Adult quotes that you may have heard while watching The Honey Badger Video from Randall on YouTube.
- Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 2 of 4

**Product Details**

Shipping Weight: 12.8 ounces (View shipping rates and policies)

ASIN: B0087Q811O

Manufacturer recommended age: 18 years and up

Amazon Best Sellers Rank: #24,984 in Toys & Games (See Top 100 in Toys & Games)

Average Customer Review: Be the first to review this item

Would you like to give feedback on images or tell us about a lower price?

**Product Description**

Randall's - Talking Honey Badger Don't Care Doll - Adult Version *R-Rated*

**Product Ads from External Websites** (What's this?)                                    Sponsored Content

| HONEY BADGER DON'T CARE | HONEY BADGER DON'T CARE | HONEY BADGER DON'T CARE | DON'T CARE | HONEY BADGER |
|---|---|---|---|---|
| Honey Badger Don't Care Mug | Honey Badger Don't Care Red Mousepad | Honey Badger Don't Care about Father's Day Card | Don't Care Honey Badger Coffee Mug | Honey Badger Don't Care Coffee Mug |
| $13.95 | $10.95 | $3.95 | $14.00 | $14.00 |
| + $5.99 Est shipping | + $5.49 Est shipping | + $3.99 Est shipping | No Shipping Info | No Shipping Info |
| Zazzle, Inc. | Zazzle, Inc. | Zazzle, Inc. | TeeShirtPalace | TeeShirtPalace |

See a problem with these advertisements? Let us know                                    Advertise here

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

Honey Badger Don't Care        Officially Licensed **Honey Badger** Designs By **Randall!**
                               www.decalgirl.com/**Randalls-HoneyBadger**

Honey Badger Don't Care        Funny **Honey Badger** Shirt On sale now in great colors
                               www.betterthanpants.com/**honey-badger**

Honey Badger Don't Care Shirt  Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
                               www.**zazzle**.com/

See a problem with these advertisements? Let us know                                    Advertise on Amazon

**Customer Reviews**

There are no customer reviews yet.

5 star
4 star
3 star          [Write a customer review]
2 star
1 star

From Hunting Vampires
to Hunting History
Download 2 FREE audiobooks today

audible.com
An Amazon company

[Learn more]

with our trial offer
Advertisement

**Forums**



**Listmania!**

Listmania! create your list HERE learn how

Create a Listmania! list

Search Listmania!

**So You'd Like to...**

So You'd Like to... create your guide NOW learn how

Create a guide

Search Guides

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

Get Started

**Look for Similar Items by Category**

Toys & Games > Grown-Up Toys

**Feedback**

- If you need help or have a question for Customer Service, contact us.
- Would you like to give feedback on images or tell us about a lower price?
- Is there any other feedback you would like to provide? Click here

MegaStarent Privacy Statement | MegaStarent Shipping Information | MegaStarent Returns & Exchanges

**Your Recent History** (What's this?)

Loading

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |

Randall's - 14" Talking Honey Badger Don't Care Doll - Adult Version *R-Rated* : Toys ...   Page 4 of 4

Help

## amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonSupply | AmazonWebServices | AmazonWireless | Askville | Audible | BeautyBar.com |
|---|---|---|---|---|---|---|---|
| Rare Books | Great Local Deals | Business, Industrial | Scalable | Cellphones & | Community | Download | Prestige Beauty |
| & Textbooks | in Your City | & Scientific Supplies | Cloud Servers | Wireless Plans | Answers | Audio Books | Delivered |
| Book Depository | CreateSpace | Diapers.com | DPReview | Fabric | IMDb | Junglee.com | MYHABIT |
| Books With Free | Indie Publishing | Everything | Digital | Sewing, Quilting | Movies, TV | Shop Online | Private Fashion |
| Delivery Worldwide | Made Easy | But The Baby | Photography | & Knitting | & Celebrities | in India | Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| Designer | Health, Beauty & | Everything | Open-box | Never Gonna | A Happy Place | Shoes & | |
| Fashion Brands | Home Essentials | For Your Pet | Discounts | Give You Up | To Shop For Toys | Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012 Amazon.com, Inc. or its affiliates





- DSSV ERRNV FCRWKHV PXVIF WR \V





- FYHQWV QHZV



-

-

-

Dssv#

Randall's Recorded Soundboard App for iPhone

Honey Badger Game for iPhone

Honey Badger Game Censored for Android

Honey Badger Game Uncensored for Android

**Randall's Soundbaord App:**



**Honey Badger Game**







Uñdogodooēv Krcqh | Bdqjhu#Eudlfhdnw











Randall's Honey Badger | Apps                                    Page 5 of 7



EX\\0RZ

## UhFrqwSrvw

- Prl) Wkhllklnb dW xdwhy'klfixw\) PdwhuFrulw4Srunp #lahu# klch#xoi çQYH
- YWIFFPH#4#FPIF FRQ\@ib ktlvb#@ vnhQ@dohdrpw\ v3jqbrh dwFF 3#thk@
- EhFud)|kidpg@chwidw4Dro \chluthoupg#t1k p |#crgh |#dor1huFdchgndu@
- Z.hpdhp@i/Pd|#.kk ç Frp hl@hth# |#ohh@uoa1VnzxWwdhkhtklkrir@
- LZ.rg@d Frp.hp|#Dzdu@@Wndoq#Ardw:DooP |#rhv4F.kc4Fzhrc@

## DufklyIrv#

- Md 5345
- Mgh#5345
- Pd|#5345
- Daub5345

## Tbrg#Udogpdoorg#\\nxWxeh#



Wr|v# Vidwa$



Deen$



JhwP |fErrr$



Frjxdf5l2 Derow



Qdyljjdvärg#

Kuph
Ybhnv

Randall's Honey Badger | Apps

Eerj
Idaff.Eh
Dalp dcv
Dcrow
Fmudfw

## Wruh#

Doov
Ecmv
Fawkhv
Pxx/E
Wrjv

## UhfirgwSrww

- Prl) Wdt#kbjbcd#Txduhw/Id5cw#) Pdwhu#Padvw#Shuizp #Shhu# Wd#Zrzic QYH
- YIVW P#l#FRPI5F FRQ3I#ao kdvbrj d wh#Dbohylaw) vbqbri#vw FF 1whoi#
- Eh Fuhl/|#dza#Odvw/dv#Doo \hdu#Dopro#kap |#Krah|#Edorjhu#Pddrppku#
- Zbophwqd1/Prl |#Jwk c Fxp h|#/rh|P |#Rah#ODmel Vkzz#w#Wd#Dhurj#
- LZ ra#Fxp ba|#Dzdua#Swkdar#A rxdw DaP |#Edov#Ekz#Lwhg#

## Wxevfuleh#

Wxevfuleh#kr ruh#Op dlbghzvhwh u#kr uh#hl/yhxzgvh/1



Udggdadv Krah|#Edgjhu#k 53451DavUj#wUhuhy#g1

gh/h|gh|gh | >Crach Cuch rat#Wea|nv

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 1 of 6



## Book Description

Publication Date: **January 24, 2012**

Sweet Jesus--a riotous wildlife book for adults! The mononymous Randall, narrator of the You Tube sensation (23 MILLION views) "The Crazy Nastyass Honey Badger," is the wild new voice of nature. In *Honey Badger Don't Care(tm)*, Randall presents a dozen crazy, badass animals of the wild kingdom as only Randall could. Don't be stupid--buy this book!

## Frequently Bought Together

**Price For All Three: $18.18**

These items are shipped from and sold by different sellers. Show details

☑ **This Item:** Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals by Randall Hardcover $10.19

☑ Honey Badger Funny Notepad Office Memo Pad Gag Gift Yellow and Black by Guajolote Prints $2.99

☑ Wwhbd What Would Honey Badger Do Funny Vinyl Decal Bumper Sticker 3" X 5" by STICKER FRENZY $5.00

## Customers Who Bought This Item Also Bought

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 2 of 6



**Honey Badger Funny Notepad Office Memo Pad Gag Gift Yellow and Black**
(2)
$2.99



**Honey Badger T shirt funny shirts mens t shirts novelty adult clothing great gift ideas**
(9)
$16.99 - $20.99



**Wwhbd What Would Honey Badger Do Funny Vinyl Decal Bumper Sticker 3" X 5'**
$5.00



**Honey Badger Don't Care 2013 Wall Calendar ...**
Randall
Calendar
$12.59

## Editorial Reviews

### About the Author

Born and raised in New York City, Randall started narrating at an early age. Randall's father was a cameraman for Marlon Perkins's "Mutual of Omaha's Wild Kingdom." Randall is a graduate of both St. Olaf's College in Northfield, Minnesota, and the Exotic Animal Training and Management Program at Moorpark College in Moorpark, California. Randall currently resides in Los Angeles and lives with three loving cats.

## Product Details

**Hardcover:** 80 pages
**Publisher:** Andrews McMeel Publishing (January 24, 2012)
**Language:** English
**ISBN-10:** 1449419658
**ISBN-13:** 978-1449419653
**Product Dimensions:** 8.1 x 0.4 x 10 inches
**Shipping Weight:** 15.2 ounces (View shipping rates and policies)
**Average Customer Review:**        (13 customer reviews)
**Amazon Best Sellers Rank:** #38,204 in Books (See Top 100 in Books)

Would you like to **update product info, give feedback on images,** or **tell us about a lower price?**

## Customer Reviews

| | | |
|---|---|---|
| 5 star | 4 | 13 reviews |
| 4 star | 4 | 3.9 out of 5 stars |
| 3 star | 5 | |
| 2 star | 0 | Write a customer review |
| 1 star | 0 | |

### Most Helpful Customer Reviews

15 of 16 people found the following review helpful

**Nasty, disgusting (and sometimes cuddly) critters**  January 24, 2012
By TChris  TOP 100 REVIEWER
Format: Hardcover

I came late to Randall's popular YouTube video -- The Crazy Nastyass Honey Badger -- but I got a kick out of it when I finally saw it, as did, it seems, millions of other people. In Honey Badger Don't Care, Randall uses the same flippant tone to introduce the reader to the honey badger and nine other (allegedly nastyass) members of the animal kingdom. An introduction suggests that conservationists should welcome the attention that Randall is bringing to these



From Outliers to Outlander
Download 2 FREE audiobooks today
audible.com
An Amazon company
Learn more
with our trial offer
Advertisement

**Most Recent Customer Reviews**

not-so-cuddly species, but the book is really about humor rather than the preservation of animals we'd rather not meet in a dark alley. There is nonetheless an informative, pro-conservationist quality to much of Randall's commentary; it isn't all about disgusting animal behavior.

Freakish-looking beasts that are subjects of Randall's commentary include the aye-aye, the Tasmanian devil, and the solenodon. Some of the animals, including the wombat, the opossum, and the American bullfrog, are only moderately nastyass. Randall features some animals that don't seem nasty at all: the emperor tamarin (which lunches on grapes and has a very cool mustache), the pink fairy armadillo, the tarsier (a weirdly cute, timid little primate), and the sloth. Readers who are hoping to find ten animals that are as revolting as the honey badger might be disappointed. Still, Randall manages to poke fun at even the cuddly critters, always in a good-natured way.

Honey Badger Don't Care is filled with impressive photographs, many of which are enhanced with doodles, costumes, and cartoon-style dialog balloons. Randall's description of the animals and their behaviors is educational, if not exactly the stuff of zoology textbooks.

Readers who object to foul language should be warned that there's very little language in this book that isn't foul. That's part of what gives the book its attitude. This isn't a nature book for kiddies. Adults who don't mind adult language and who appreciate the humor found in nature should have a fun time with Honey Badger Don't Care.

Comment | Was this review helpful to you? Yes   No

6 of 8 people found the following review helpful
**The Fifteen Minutes Start.......NOW!** January 27, 2012
By Darrel V. Reilly
Format: Hardcover

Since no one is ever satisfied with just a small measure of fame, internet sensation Randall seeks to book off the shackles of narrating funny animal videos by branching out into the literary world, with HONEY BADGER DON'T CARE: RANDALL'S GUIDE TO CRAZY, NASTYASS ANIMALS. While to book does provide a few chuckles, reading Randall's outrageous comments isn't the same as HEARING Randall's outrageous comments.... The voice is 90% of the joke. HONEY BADGER DON'T CARE is an amusing time-waster, but I wouldn't really urge anyone to spend money on it, especially since all of his videos are available for free, and are funnier.

Comment | Was this review helpful to you? Yes   No

1 of 1 people found the following review helpful
**Why aren't more people giving this 5 stars?!?! It's awesome!!!**
January 27, 2012
By RachelMcWonderful
Format: Hardcover

This book is genuinely clever and is such a good laugh. If you didn't like Randall's original youtube video, then you won't like this book (and you're obviously crazy since he's hilarious). Hilarious, witty, and informative. Loved it!

Comment | Was this review helpful to you? Yes   No

**See all 13 customer reviews**

Write a customer review

**Crazy funny book**
I bought this book as a gift for a friend who loves the online video, but, before I mailed it I wanted to glance through it. I ended up reading the whole book—my mother did too. Read more
Published 1 month ago by Dana Kelleher

dollars, but its a good conversation piece...
Read more
Published 2 months ago by lkeygrl14

**Informative and Entertaining**
"Honey Badger Don't Care" is my current favorite book. Not only did I learn about animals I didn't even know existed, I had a good laugh in the process. Read more
Published 4 months ago by Tracey

**My 12 year old thinks it's funny...**
My 12 year old thinks it's funny... Might not be a book for young childern ..bewarell! There is also a video on youtube with this Honey Badger
Published 5 months ago by PMartin

**Foul Langage- Great Pictures**
Honey Badger Don't Care by Randall
Pictures 5 STARS
language 1 STAR
Educational 4 STARS
I have never seen or heard about the ytube video so I was just thinking... Read more
Published 5 months ago by R. Laney

**Not bad at all (with caveats).**
Honey Badger Don't Care is quite funny and enjoyable. It's a fun animal books for adults, which is where the caveats come in. The books is formatted in bright and fun colors. Read more
Published 5 months ago by rjones2818

**Honey Badger Don't Care... but I do!**
Honey badger might not care that it's become an internet sensation and now a must-read book, but you absolutely will! Read more
Published 6 months ago by ChibiNeko

**Honey Badger Don't Care**
This book is HILARIOUS! I wasn't prepared for how funny this was going to be. As usual I was going to read "just a few pages" before going to bed, and then I find myself on the... Read more
Published 6 months ago by Muzette Weston

**Crude, Lewd, and Crass....but thoroughly entertaining.**
After watching "The Crazy Nastyass Honey Badger" on Youtube, I had to buy this book. I asked myself, "If the 3 minute video was epic, how much more epic can the book be"? Read more
Published 6 months ago by Zack

**Honey Badger Don't Care**
'Honey Badger Don't Care' is a wildlife book for adults. If crude language bothers you then this book isn't for you, otherwise I think it is a great way to learn about 'badass'... Read more
Published 6 months ago by Jo

Amazon.com: Honey Badger Don't Care: Randall's Guide to Crazy, Nastyass Animals (97...   Page 4 of 6

**Search Customer Reviews**

[          ] [Go]

☑  Only search this product's reviews

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's This?)

**Honey Badger Don't Care** 🖾        Officially Licensed **Honey Badger** Designs By **Randall!**
                                      www.decalgirl.com/**Randalls-HoneyBadger**

**Honey Badger Don't Care** 🖾        Funny **Honey Badger** Shirt On sale now in great colors
                                      www.betterthanpants.com/**honey-badger**

**Honey Badger Don't Care Shirt** 🖾  Shop **Honey Badger Don'T Care** Shirt. 400+ Styles & Colors. No Minimum.
                                      www.zazzle.com/

See a problem with these advertisements? Let us know                                      Advertise on Amazon

**What Other Items Do Customers Buy After Viewing This Item?**

Honey Badger Funny Notepad Office Memo Pad Gag Gift Yellow and Black  by Guajolote Prints
(3)
$2.99

Honey Badger T shirt funny shirts mens t shirts novelty adult clothing great gift ideas  CrazyDogTshirts
(9)
$16.99 - $20.99

Wwhbd What Would Honey Badger Do Funny Vinyl Decal Bumper Sticker 3" X 5"  by STICKER FRENZY
$5.00

Honey badger t shirt Honey badger don't care shirt takes what he wants  CrazyDogTshirts
(1)
$16.99 - $20.99

▸ **Explore similar items**

**Tag this product** (What's this?)                        **Search Products Tagged with**
Think of a tag as a keyword or label you consider is strongly related to this product.    [                    ]
Tags will help all customers organize and find favorite items.

▸ **Explore product tags**

**Forums**

**Listmania!**

**So You'd Like to...**

**eGift This Item** (What's this?)

Instant Delivery: E-mail a gift card
suggesting this item
Flexible Gifting Choices: They can choose
this, or pick from millions of other items.
[Get Started ●]                    Thought you
                                   might like this...



**Look for Similar Items by Category**

Books > Education & Reference
Books > Humor & Entertainment > Humor

**Look for Similar Items by Subject**

Search Books by subject:
- Animals
- Humor
- Humor / Form / Anecdotes & Quotations
- Humor / General
- Humor / Topic / Animals
- Topic - Animals
- Humour
- Form - Anecdotes & Quotations
- Humour: Collections & General

Find books matching ALL checked subjects
i.e., each book must be in subject 1 AND subject 2 AND ...

**Feedback**
▸ If you need help or have a question for Customer Service, contact us.
▸ Would you like to update product info, give feedback on images, or tell us about a lower price?
▸ Is there any other feedback you would like to provide? Click here

**Your Recent History** (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonSupply | AmazonWebServices | AmazonWireless | AskVille | Audible | BeautyBar.com |
| Rare Books & Textbooks | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Services | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered |
| Book Depository | CreateSpace | Diapers.com | DPReview | Fabric | IMDb | Junglee.com | MYHABIT |
| Books With Free Delivery Worldwide | Indie Publishing Made Easy | Everything But The Baby | Digital Photography | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Private Fashion Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| Designer Fashion Brands | Health, Beauty & Home Essentials | Everything For Your Pet | Open Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Case 2:15-cv-04905-JFW-PLA   Document 32   Filed 12/22/15   Page 74 of 114   Page ID #:334

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

# EXHIBIT "C"

duckco.com/honey-badger-dont-give-a-shit-t-shirt/#.VmIbgHarRhF

Free Shipping on all USA orders & international orders over $99*
1-800-255-3560 X63

Blog

DUCK CO

ALL T-SHIRTS
$10 T-SHIRTS!
NEW ARRIVALS
SESAME STREET
CHRISTMAS T-SHIRTS!
CLASSIC DUCK
THE EDGE
WOMENS
KID'S
SKI & BOARD
SURF
3XL T-SHIRTS
HONEY BADGER
KINE COLLECTION
PARTY
OTHER PRODUCTS
WIN A T-SHIRT!
DESIGN REQUEST
WORK WITH US!

JOIN THE DUCK CLUB
Win Free Shirts!
Discounts and Special Offers
New T-Shirt Alerts
Enter email address

WHOLESALE CLIENTS
DUCKCO.NET

## Honey Badger Don't Give a Shit T-Shirt

**$20.00**

Choose a Size ▼

+ ADD TO CART

### Premium Tee

| | |
|---|---|
| Material | 100% Cotton |
| Print | Silkscreen Print |
| Color | Black |
| Warranty | Honey Back Guarantee |
| Returns | Free Returns up to 60 Days |
| Shipping | Fast N' Free on all US orders |

Honey Badger is a tough cat and who can blame him when he's had to fend off poisonous cobras and mad honey hives just to make a decent living.

Read More

This design also available on a long sleeve shirt.

👍 Like  11 people like this. Be the first of your friends.

ORDERING INFO
SIZE CHART
FAQ / Shipping Info

View Larger Image

Product Reviews

You Might Also Like...

Pin it

20



View Car

For officially licensed Honey Badger Don't Care
clothing, find even more great gifts at Duck Co.

Honey Badger
Snowboarding
Men's T-Shirt

HB/DC Honey
Badger Men's T

Honey Badger
Cobra T-Shirt

HB/DC Honey
Badger Hoodie

Honey Badger
Take It T-Shirt

Bad Ass Honey
Badger Tee

Honey Badger
University Tee

Honey Badger
Don't Give a
Shit T-Shirt

Sign up for my mailing list.

First Name :

Last Name :

Email Address :

Join now!

Podcast

www.zazzle.com/honey_badger_dont_care_tshirts-235862246158366829

Shop   Create   Sell   🎄 Holidays   Use Code: GETYOURCARDS   Details

20% Off All Orders | 75% Off All Cards & Invitations - Shop Cards for All Occasions Now! Ends Thursday

Search

Share

Clothing ❯ Women ❯ Tank Tops



View larger

Design Front

#Zazzle Inspiration

About this product:

Sold by Zazzle · 100% Satisfaction · Made to Order

# Your Custom Women's Slim Fit Racerback Tank Top

★★★★☆ 4.5 (182)

**$22.30** per shirt

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

**Size:**
Select a size                    size chart ◢

**Quantity:**
1 shirt.

Customize it!

💚 Like          ⇄ Add to ▾

Add to Cart

🎁 **Guaranteed by Christmas!**
Get it as soon as Thu, Dec 10. Order in 2 hrs 27 mins
and choose Express shipping. See shipping options.

## color & style Options

**Color:** White

**Style:**

Women's Slim Fit   Women's Basic Tank   Women's Bella+Canvas   Women's Bella+Canvas

www.zazzle.com/honey_badger_dont_care_tshirts-235862246158366829

Shop   Create   Sell

20% Off Sitewide | Up to 65% Off Select Items   Today's Steal: Playing Cards   Ends at Midnight PT!   Use code: ZAZWEEKSALES   Details

Search

Clothing  ›  Women  ›  T-Shirts  ›  Short-Sleeved  ›  Printed

Share

#Zazzle Inspiration

About this product

Front

view larger

Sold by Zazzle · 100% Satisfaction · Made to Order

# Honey Badger Don't Care Tshirts

★★★★☆ 4.5 (1383)

$22.30 per shirt

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

Size:                                         size chart ⊿

Select a size                                      ◂

Quantity:

1 shirt.                                           ◂

Customize it!                    Add to Cart

♡ Like                          ⇄ Add to ▾

Get it as soon as Tue. Dec 8. Order in 2 hrs 57 mins and
choose Express shipping. See shipping options.

## Color & Style Options

Only $0.80 more on Women's American Apparel
Pocket T-Shirt

Color: White

Style:

See more
options below!

Apply



www.zazzle.com/honey_badger_dont_give_a_s_it_tshirt-235874243400364454

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Clothing › Women › T-Shirts › Short-sleeved › Printed

Share

view larger

Front

#Zazzle Inspiration

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Give A S*it Tshirt

$28.45 per shirt 4.2 (926)

Artwork designed by
thefightingcock
View their Store Ask this Designer

Size: size chart

Select a size

Quantity:

1 shirt.

Customize it! Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 53 mins and choose Express shipping. See shipping options.

Like Add to

## Color & Style Options

Save $2.85 on Women's American Apparel Oversized T-Shirt Apply

Color: White

See more options below!

Style:

Shop    Create    Sell    🎁 Holidays    Today's Steal    Playing Cards    Ends at Midnight PT!    Use code ZAZWEEKSALES    Search    Details

20% Off Sitewide | Up to 65% Off Select Items

Clothing ›  Women ›  T-Shirts ›  Short-sleeved ›  Printed

Share

Front

view larger

#Zazzle Inspiration

About this product

Sold by Zazzle · 100% Satisfaction · Made to Order

Artwork designed by
brilliantblack
View their Store

**Honey Badger Don't Give a $#!T Shirts**

$30.15 per shirt  ★★★★★ 4.5 (15)

Size:
Select a size                                    size chart

Quantity:
1 shirt.

♡ Like          ⇄ Add to ▾

Customize it!          Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 36 min
choose Express shipping. See shipping options

**Color & Style Options**

Save $1.25 on Women's Bella+Canvas Slouchy
Boyfriend T-Shirt

Color: Lavender

Style:

See more
options below!

www.zazzle.com/honey_badger_dont_give_a_s_it_tshirt-235339690077341405

Shop    Create    Sell    🎄 Holidays

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal: Playing Cards    Ends at Midnight PT!    Use code: ZAZWEEKSALES    Details

Search

Clothing › Men › T-Shirts › Short-sleeved › Printed

Share

#Zazzle Inspiration

About this product

Front

view larger

**Color & Style Options**

Color: Creme

Style:

See more
options below!

Sold by Zazzle · 100% Satisfaction · Made to Order

## Honey Badger Don't Give A S°it Tshirt

**$29.65** per shirt    ★★★★★ 4.5 (2327)

Artwork designed by
**thefightingcock**
View their Store    ♥ Ask this Designer

Size:

Select a size                                    size chart ◁

Quantity:

1 shirt                                          ◀

Customize it!

♥ Like        📦 Get it as soon as Tue, Dec 8. Order in 2 hrs 31 mins and
choose Express shipping. See shipping options.

Add to Cart        ⇄ Add to ▾

HONEY BADGER

DON'T GIVE A SHIT









www.zazzle.com/honey_badger_dont_give_an_sh_funny_t_shirt-235573521068033903

Shop Create Sell Holidays

Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Clothing › Men › T-Shirts › Short-sleeved › Printed

Share

view larger

Front

#Zazzle Inspiration

About this product

Sold by Zazzle · 100% Satisfaction · Made to Order

# Honey Badger Dont Give an Sh** - Funny T-shirt

$20.00 per shirt ★★★★★ 4.6 (4283)

Artwork designed by
Zombies Do Not Look In Here!!!
View their Store

Size: size chart
Select a size

Quantity:
1 shirt

Customize it! Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 28 mins and choose Express shipping. See shipping options.

Like Add to

## Color & Style Options

Save $1.05 on Men's Tall Hanes T-Shirt Apply

Color: White

See more options below!

Style:

www.zazzle.com/honey_badger_dont_care_t_shirts-235564454763446735

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Clothing › Kids & Baby › Baby › Bodysuits

Share

view larger

Front

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Care T Shirts

$16.75 per shirt ★★★★★ 4.9 (20)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Size: size chart
Select a size

Quantity:
1 shirt

Customize it! Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 26 mins and choose Express shipping. See shipping options.

Like Add to

## Color & Style Options

Color: White

Style:

See more options below!

#Zazzle Inspiration

About this product

www.zazzle.com/honey_badger_dont_care_infant_t_shirt-235284109891479778

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Clothing › Kids & Baby › Baby › T-Shirts

Share

view larger

Front

#Zazzle Inspiration

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

**Honey Badger Don't Care Infant T-shirt**

$14.50 per shirt ★★★★★ 4.1 (7)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Size: size chart

Select a size

Quantity:

1 shirt

Customize it! Add to Cart

Get it as soon as Tue, Dec 8. Order in 2 hrs 24 mins and choose Express shipping. See shipping options.

Like Add to

**Color & Style Options**

Only $1.10 more on Baby Gerber Cotton Onesie Apply

Color: White

Style:

See more options below!

www.zazzle.com/honey_badger_dont_care_basic_round_button_keychain-146566477040711550

Shop   Create   Sell   🎁 Holidays   Z        ⊙ 🛒   Search   🔍

20% Off Sitewide | Up to 65% Off Select Items   Today's Steal: Playing Cards   Ends at Midnight PT!   Use code: ZAZWEEKSALES   Details

Accessories ▸ Keychains ▸ Button

**Share**

◧ ⟳ 🔵 🔵 🔵 ⋮

**About this product**

## Style: Basic Button Keychain

Set your keys apart with a custom keychain. Create your own or choose from thousands of cute and cool designs. The sturdy clasp keeps keys together securely, and holds up well through daily wear-and-tear.



Diameter: 2.25 inches, great for purses and pockets

Front





↗ ↙
view larger

HONEY BADGER
DON'T CARE

HONEY BADGER
DON'T GIVE A SHIT

Sold by Zazzle · 100% Satisfaction · Made to Order

## Honey Badger Don't Care Basic Round Button Keychain

**$3.90** per keychain ★★★★★ 4.4 (1802)

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

Quantity:

| 1 Keychain. ▾ |

Customize it!

🖶 Custom made within 2-3 days. When will I get it?

♡ Like    ⇄ Add to ▾

**Add to Cart**

## Shape & Size Options

Only $15.60 more on Premium Round Keychain    Apply

Shape:

Basic Button
Keychain

Premium
Round
Keychain
+$15.60

Premium
Square
Keychain
+$15.60

Size:

www.zazzle.com/honey_badger_dont_care_2_inch_round_magnet-147946276890367334

Shop    Create    Sell    🎁 Holidays

20% Off Sitewide | Up to 65% Off Select Items    Today's Steal: Playing Cards    Ends at Midnight PT!    Use code: ZAZWEEKSALES    Details

Home & Pets › Magnets › Button › Round

### Share

About this product

## Shape: Round Magnet

Create custom magnets for home and office! Add your favorite image to a round magnet, or customize your choice of neat designs to stick on the fridge or file cabinet.

Front

view larger



Sold by Zazzle · 100% Satisfaction · Made to Order

## Honey Badger Don't Care 2 Inch Round Magnet

★★★★★ 4.7 (926)

**$3.90** per magnet

Artwork designed by
**SHAKE OUTFITTERS**
View their Store

**Quantity:**

| 1 magnet. | ◄ |

[ Customize it! ]    [ Add to Cart ]

♡ Like    ⇄ Add to ▼

🚚 Get it as soon as Tue, Dec 8. Order in 59 mins and choose Express shipping. See shipping options.

### Shape & Size Options

**Shape:**



Round Magnet    Square Magnet

**Size:**


Small, 1¼ inch    Standard, 2¼ inch    Large, 3 inch




20% Off Sitewide | Up to 65% Off







www.zazzle.com/honey_badger_dont_care_classic_round_sticker-217712584177495398

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Craft Supplies › Stickers › Round

Share

view larger

Front

Sold by Zazzle • 100% Satisfaction • Made to Order

**Honey Badger Don't Care Classic Round Sticker**

$5.55 per sheet of 20 ★★★★★ 4.7 (4204)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:
1 sheet of 20

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

### Size Options

Size:
Large, 3 inch (sheet of 6)
Small, 1½ inch (sheet of 20)

Finish:
Glossy

#Zazzle Inspiration

About this product

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing

www.zazzle.com/honey_badger_dont_care_15_oz_stainless_steel_travel_mug-168933855787307691

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: **ZAZWEEKSALES** Details

Home & Pets › Drinkware › Travel Mugs

Share

view larger

Center

#Zazzle Inspiration

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Care 15 Oz Stainless Steel Travel Mug

$25.65 per mug ★★★★★ 4.6 (1810)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:
1 mug

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

**Style & Color Options:**

Style: Travel/Commuter Mug $25.65

See more options below!

www.zazzle.com/honey_badger_dont_care_adult_apron-154752078187304564

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Home & Pets › Kitchen & Dining › Aprons › Adult

Share

view larger

Front

#Zazzle Inspiration

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Care Adult Apron

$22.30 per apron ★★★★★ 4.7 (772)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:
1 apron

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

## Style & Color Options:

Save $4.45 on Kids Apron Apply

Style:

Long Apron +$2.25 | Kids Apron -$4.45 | Standard Apron

Color:

White | Khaki | Yellow

www.zazzle.com/honey_badger_dont_care_2_inch_round_button-145702891693054174

Shop   Create   Sell   🎁 Holidays   Today's Steal: Playing Cards   Ends at Midnight PT   Use code: ZAZWEEKSALES   Details

20% Off Sitewide | Up to 65% Off Select Items

Accessories › Buttons › Round

Share

#Zazzle Inspiration

About this product

Front

view larger

Sold by Zazzle · 100% Satisfaction · Made to Order

# Honey Badger Don't Care 2 Inch Round Button

★★★★★ 4.8 (1771)

$3.30 per button

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:

1 button.

[ Customize it! ]

Get it as soon as Tue, Dec 8. Order in 56 mins and choose Express shipping. See shipping options.

♡ Like        [ Add to Cart ]        ⇄ Add to ▾

## Shape & Size Options

Shape:

Round Button        Square Button

Size:

Small, 1¼ Inch        Standard, 2¼ Inch        Large, 3 Inch        Huge, 4 Inch







www.zazzle.com/honey_badger_dont_care_mouse_pad-144264708960761221

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Office Products › Mouse Pads › Standard › Horizontal

Share

view larger

Front

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Care Mouse Pad

$12.25 per mousepad ★★★★★ 4.8 (2710)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:

1 mousepad

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code:

ZAZWEEKSALES Details

#Zazzle Inspiration

About this product

www.zazzle.com/honey_badger_dont_give_a_1_1_inch_round_button-145873686596792429

Shop   Create   Sell   🎁 Holidays   Today's Steal Playing Cards   Ends at Midnight PTI   Use code ZAZWEEKSALES   Details

20% Off Sitewide | Up to 65% Off Select Items

Search

Accessories › Buttons › Round

Share

#Zazzle Inspiration

About this product

Front

view larger

**Shape & Size Options**

Only $1.10 more on Square Button

Shape:

Round Button   Square Button

Size:

Small, 1¼ Inch   Standard, 2¼ Inch   Large, 3 Inch   Huge, 4 Inch

Apply

Sold by Zazzle · 100% Satisfaction · Made to Order

## Honey Badger Don't Give a $#!T 1 Inch Round Button

$2.20 per button   ★★★★★ 4.8 (270)

Artwork designed by
**brilliantblack**
View their Store

Quantity:

1 button.

♡ Like   Customize it!

🚚 Get it as soon as Tue, Dec 8. Order in 18 mins and choose Express shipping. See shipping options.

Add to Cart   Add to ▾









www.zazzle.com/honey_badger_mug-168290179543928394

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Home & Pets › Drinkware › Coffee Mugs › Classic

Share

view larger

Right

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Mug

$23.40 per mug ★★★★★ 4.8 (2465)

Artwork designed by
ZazzleFunnyTees
View their Store

Quantity:
1 mug.

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

**Style & Color Options:**

Save $2.50 on Classic White Mug Apply

Style: Ringer Mug $23.40

See more options below!

#Zazzle Inspiration

About this product

www.zazzle.com/honey_badger_dont_care_trucker_hat-148362543104593843

Shop Create Sell Holidays Search

20% Off All Orders | 75% Off All Cards & Invitations - Shop Cards for All Occasions Now! Ends Thursday Use Code: **GETYOURCARDS** Details

Accessories › Hats › Trucker

**Share**

view larger

Front

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honey Badger Don't Care Trucker Hat

$16.75 per hat ★★★★★ 4.7 (1203)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:
1 hat

Customize it! | Add to Cart

**Guaranteed by Christmas!**
Get it as soon as Mon, Dec 14. Order in 52 mins and choose Express shipping. See shipping options.

Like | Add to

## Color Options

Color: White and Black

#Zazzle Inspiration

About this product

www.zazzle.com/honeybadger_dont_care_poster-228059164024495010

20% Off All Orders | 75% Off All Cards & Invitations - Shop Cards for All Occasions Now! Ends Thursday Use Code: GETYOURCARDS Details

Share

view larger

Front

#Zazzle Inspiration

About this product

Sold by Zazzle • 100% Satisfaction • Made to Order

# Honeybadger don't care poster

$12.35 per poster ★★★★★ 4.7 (7907)

Artwork designed by
Shirtuosity
View their Store

Size: More info
12" x 12"

Quantity:
1 poster

Customize it! Add to Cart

**Guaranteed by Christmas!**
Get it as soon as Thu, Dec 10. Order in 45 mins and choose Express shipping. See shipping options.

Like Add to

## Paper Options

Paper Type:
Value Poster Paper (Matte)

## Frame your masterpiece!

**Add a standard frame**
The perfectly affordable finishing touch! Standard frames come ready-made and perfectly positioned in all the classic sizes.

Starting at $21.95

# EXHIBIT "D"



www.zazzle.com/honey_badger_dont_care_postcard-239284923682313406

Shop Create Sell Holidays Search

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

Cards & Postage › Postcards › Horizontal

Share

view larger

Front

Sold by Zazzle • 100% Satisfaction • Made to Order

**Honey Badger Don't Care Postcard**

$0.98 ~~$1.40~~ per postcard ★★★★★ 4.8 (7844)

Artwork designed by
SHAKE OUTFITTERS
View their Store

Quantity:
8 postcards.

Customize it! Add to Cart

Custom made within 2-3 days. When will I get it?

Like Add to

**Add an Essential Accessory!**

Stamps
Make an impression before they even open the envelope by adding the perfect postage stamp!

Starting at $22.20

Add...

#Zazzle Inspiration

About this product

20% Off Sitewide | Up to 65% Off Select Items Today's Steal: Playing Cards Ends at Midnight PT! Use code: ZAZWEEKSALES Details

# EXHIBIT "E"





ALL T-SHIRTS
(HTTP://DUCKCO.COM
/DUCKCO-T-SHIRTS/)

$10 T-SHIRTS!
(HTTP://DUCKCO.COM/10-T-
SHIRTS/)

NEW ARRIVALS
(HTTP://DUCKCO.COM/NEW-T-
SHIRTS/)

SESAME STREET
(HTTP://DUCKCO.COM
/SESAME-STREET/)

CHRISTMAS T-SHIRTS!
(HTTP://DUCKCO.COM
/CHRISTMAS-T-SHIRTS/)

CLASSIC DUCK
(HTTP://DUCKCO.COM
/CLASSIC-DUCK/)

THE EDGE
(HTTP://DUCKCO.COM
/THE-EDGE/)

WOMEN'S
(HTTP://DUCKCO.COM
/WOMENS-T-SHIRTS/)

KID'S (HTTP://DUCKCO.COM
/KIDS/)

SKI & BOARD
(HTTP://DUCKCO.COM
/SKI-BOARD/)

SURF (HTTP://DUCKCO.COM
/SURF/)

3XL T-SHIRTS
(HTTP://DUCKCO.COM
/3XL-MENS-T-SHIRTS/)

HONEY BADGER
(HTTP://DUCKCO.COM
/HONEYBADGER/)

KINE COLLECTION
(HTTP://DUCKCO.COM/KINE-
COLLECTION/)

PARTY (HTTP://DUCKCO.COM
/PARTY/)

OTHER PRODUCTS
(HTTP://DUCKCO.COM



(http://cdn1.bigcommerce.com/server2300/d22d9/products/124/images/795/card01__31190.1354838373.1280.1280.jpg?c=2)

 

Pin it (http://pinterest.com/pin/create/button/?url=http://duckco.com/honey-
badger-christmas-card/&media=http://cdn1.bigcommerce.com/server2300/d22d9
/products/124/images/795/card01__31190.1354838373.1280.1280.jpg?c=2&
description=The Duck Company - Honey Badger Christmas Card, $3.50
(http://duckco.com/honey-badger-christmas-card/))

You Might Also Like



## Product Reviews

This product hasn't received any reviews yet. Be the first to review this product!

## Honey Badger Christmas Card

### $3.50

Choose a Size

+ ADD TO CART

1 Card/$3.50
12 Cards/$15.00
24 Cards/$10.00

| Holiday Card | |
| --- | --- |
| Material | Glossy Card Stock |
| Message | Inside reads "Have a Bad Ass Christmas" |
| Envelope Color | White |
| Warranty | Money Back Guarantee |
| Returns | Returns Not Accepted on This Item |
| Shipping | Fast N' Free on all US orders |

Honey Badger may not care, but this card will show even the lowest on your Christmas list that you do.

Read More

officially licensed by
RANDALL'S HONEY BADGER
52 million views and counting!
watch the video
(http://randallshoneybadger.com
/?utm_source=duckco&
utm_medium=duckco&
utm_campaign=duckco)

0

Like Be the first of your friends to like this.

### ORDERING INFO

SIZE CHART (/size-chart/)
FAQ / Shipping Info (/faq/)

WRITE A REVIEW

Live CHECKOUT

11/9/2015 2:19 PM

# EXHIBIT "F"











USA 3.29
CANADA 4.50

X00000000

01232-04
4917247

Manufactured for
PRGCO, LLC
111 N. Canal Street, Suite 700
Chicago, IL 60606

Made in the USA.
©PRGCO, LLC

RECYCLED
Paper Greetings
On recycled paper since 1971
www.prgreetings.com

0  42823 23128  5

Case 2:15-cv-04905-JFW-PLA   Document 32   Filed 12/22/15   Page 107 of 114   Page ID
#:367
Case 2:15-cv-04905-JFW-PLA   Document 19-3   Filed 12/04/15   Page 3 of 3   Page ID #:114



Honey Badger don't give a shit.

Case 2:15-cv-04905-JFW-PLA   Document 19-4   Filed 12/04/15   Page 2 of 5   Page ID #:116











HONEY BADGER
DON'T GIVE A SH*T.



**HONEY BADGER HEARD iT'S YOUR BiRTHDAY.**

**FREAKY WILD**

DCIStudios.com




RECYCLED
Paper Greetings®
On recycled paper since 1971
www.prgreetings.com

USA 3.59
CANADA 4.95

X00000000
19663398
522201

Manufactured for
PRIDCO, LLC
111 N. Canal Street, Suite 700
Chicago, IL 60606
Made in the USA
©PRIDCO, LLC



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00000

HONEY BADGER DON'T GIVE A SH*T.

# EXHIBIT "G"

 **Lynette Villalobos**
@villaloboslyn

 **Follow**

## @Randallsanimals look what we found







| RETWEET | LIKES |
|---------|-------|
| 1 | 5 |

1:33 PM - 17 Aug 2015

© 2015 Twitter   About   Help   Terms   Privacy   Cookies   Ads info

## <u>CERTIFICATE OF FILING/SERVICE</u>

I hereby certify that on December 22, 2015, counsel for Plaintiff Christopher Gordon electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF system. The electronic case filing system will be sending a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated:  December 22, 2015

_____ /S/ _____

Daniel L. Reback