SEDGWICK LLP
JAMES J.S. HOLMES, State Bar No. 126779
*james.holmes@sedgwicklaw.com*
KANIKA D. CORLEY, State Bar No. 223607
*kanika.corley@sedgwicklaw.com*
JASON N. ARGOS, State Bar No. 275914
*jason.argos@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone: 213.426.6900
Facsimile: 877.547.6580

Attorneys for Defendants and
Counterclaimants, Drape Creative, Inc.;
and Papyrus-Recycled Greetings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GORDON,<br><br>            Plaintiff,<br><br>  v.<br><br>DRAPE CREATIVE, INC., et al.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 15-04905 JFW (PLAx)<br><br>**DECLARATION OF JASON N. ARGOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT, PURSUANT TO RULE 56**<br><br>[Fed.R.Civ.P. 56]<br><br>Hearing Date:  October 17, 2016<br>Time:             1:30 p.m.<br>Crtrm:           16<br><br>L.R. 7-3 Conf. -1: August 12, 2016<br>L.R. 7-3 Conf. -2: August 30, 2016<br>Discovery Cut-Off: October 11, 2016<br>Pre-trial Conference: November 18, 2016<br>Trial: December 13, 2016 |

1

I, Jason N. Argos declare as follows:

1. I am an attorney at law admitted to practice before all state and federal Courts in California. I am an associate of the law firm Sedgwick LLP, and am one of the attorneys principally responsible for representing Defendant Papyrus-Recycled Greetings, Inc. ("PRG") and Drape Creative, Inc.'s ("DCI") (collectively, "Defendants"), in this action. I make this declaration in support of Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. On July 13 and 14, 2016, my office prepared and sent detailed letters to Plaintiff's counsel demanding, among others, executed verifications for the responses Plaintiff served and supplementation of the evidence Plaintiff contends is sufficient to establish liability for the causes of action at issue.

3. On August 1, 2016, pursuant to Local Rule 7-3, I sent a letter by electronic transmission and mail to plaintiff's counsel requesting a meeting to discuss defendants' anticipated Rule 56 motion for summary judgment.

4. On August 30, 2016, pursuant to Local Rules 7-3 and 37, I, along with my colleague and associate Sherylle Francis, conducted a second telephonic conference with Plaintiff's counsel during which the parties discussed additional issues relative to Defendants' Motion for Summary Judgment. In addition, I attended the August 12, 2016 L.R. 7-3 Conference of Counsel. It was during the second call that Plaintiff's counsel identified documents he believed would be sufficient to support the likelihood of confusion factors. Counsel also identified certain documents as evidence of Defendants' "willful" attempt to pass of their good for Plaintiff's, but was unsure whether these documents were relevant to any affirmative defenses. Ms. Francis and I disagreed that Plaintiff's recently identified evidence was sufficient to defeat the

1 arguments presented in Defendants' August 1, 2016 letter identifying the issues to be
2 raised in the Motion for Summary Judgment.

3     5.    During the August 30, 2016 Conference of Counsel, Plaintiff's counsel
4 acknowledged that Plaintiff's mark for the phrase "Honey Badger Don't Care" is not
5 registered for the Class of goods that includes greeting cards.

6     6.    During the August 30, 2016 Conference of Counsel, Plaintiff's counsel
7 confirmed that all of Plaintiff's witnesses are percipient fact witnesses.

8     I declare under penalty of perjury and the laws of the United States of America
9 that the foregoing is true and correct.  Executed on September 19, 2016 at Los Angeles,
10 California.

                                             /s/ Jason N. Argos
                                             Jason N. Argos