SEDGWICK LLP
JAMES J.S. HOLMES, State Bar No. 126779
*james.holmes@sedgwicklaw.com*
KANIKA D. CORLEY, State Bar No. 223607
*kanika.corley@sedgwicklaw.com*
JASON N. ARGOS, State Bar No. 275914
*jason.argos@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone: 213.426.6900
Facsimile: 877.547.6580

Attorneys for Defendants and
Counterclaimants, Drape Creative, Inc.;
and Papyrus-Recycled Greetings, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GORDON,<br><br>                    Plaintiff,<br><br>        v.<br><br>DRAPE CREATIVE, INC., et al.,<br><br>                    Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV 15-04905 JFW (PLAx)<br><br>**DECLARATION OF AARON SIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Fed.R.Civ.P. 56]<br><br>Hearing Date:  October 17, 2016<br>Time:                1:30 p.m.<br>Crtrm:              16<br><br>L.R. 7-3 Conf. -1: August 12, 2016<br>L.R. 7-3 Conf. -2: August 30, 2016<br>Discovery Cut-Off: October 11, 2016<br>Pre-trial Conference: November 18, 2016<br>Trial: December 13. 2016 |

1

I, Aaron Siegel, declare as follows:

1.     I make this declaration in support of Motion for Summary Judgment, or in the alternative, Partial Summary Judgment by Defendant Papyrus-Recycled Greetings, Inc. ("PRG") and Defendant Drape Creative, Inc. ("DCI"). I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2.     I am a Senior Director and General Manager for PRG with oversight of the creative content for greeting cards offered for sale under "Recycled Paper Greetings®," "Tomato Cards®," and "Detour Find The Unexpected®" brands, including the greeting card designs submitted for those brands by independent artists, including DCI. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3.     PRG is a greeting card manufacturer and distributor. Pursuant to contract, third-party retailers sell the greeting cards PRG manufactures and distributes. The cards at issue in this lawsuit are from the Recycled Paper Greetings' line. Recycled Paper Greetings' greeting cards are only available for sale through brick-and-mortar retail locations, including but not limited to Target, Wal-Mart, Rite Aid and other establishments.

4.     Consistent with PRG's custom and practice, PRG solicits design content from its design community of independent artists by transmitting correspondence referred to as "art targets." PRG only creates greeting cards that have been submitted in response to an art target. PRG does not consider unsolicited design content.

5.     After receipt of a suggested design, PRG determines whether the design fits the line and PRG then conducts a legal assessment. Those designs that qualify are either sent to test or they are sent out for production.

6.     Based on my knowledge of PRG's custom and practice, following transmission of an art target, DCI submitted a birthday-themed card with a hand-drawn honey badger on its cover. That card was introduced to retail in June 2012. Attached

Sedgwick LLP

1 hereto as Exhibit 26 is a true and correct copy of the first birthday-themed card sold by
2 retailers.

3       7.      Based on the documents produced in this case, I am aware that PRG
4 transmitted a January 2012 Halloween art target to DCI. PRG incorporated the
5 Halloween-themed design received from DCI into a greeting card and offered the
6 greeting card to retailers after the birthday-themed card with hand-drawn honey badger.
7 Attached hereto as Exhibit 27 is a true and correct copy of the Halloween card sold by
8 retailers.

9       8.      PRG also manufactured and distributed other greeting cards incorporating
10 DCI's designs for additional birthday cards as well as an election/birthday-themed card.
11 Attached hereto as Exhibit 28 and Exhibit 29 are true and correct copies of two similar
12 birthday themed cards sold by separate retailers.  Attached hereto as Exhibit 30 is a true
13 and correct copy of the birthday card bearing the phrase "@dont'giveash*t" also sold by
14 retailers.  Attached hereto as Exhibit 31 is a true and correct copy of the
15 election/birthday card sold by retailers. Each of the greeting cards conveys a sentiment
16 about the greeting card recipient's occasion.

17      9.      Following a thorough search and investigation PRG concluded that it
18 neither manufactured nor sold greeting cards that use the "Honey Badger Don't Care"
19 phrase.

20      10.     Some of the greeting cards at issue in this lawsuit use the "Honey Badger
21 Don't Give a Shit" phrase ("HBDGAS phrase").  Exhibit 31 does not use the HBDGAS
22 phrase verbatim, adding the symbol "@" after "Honey badger."

23      11.     Where the HBDGAS phrase appears, the phrase is not prominently
24 featured (e.g., bold lettered larger than any other lettering) on the front cover of any of
25 the greeting cards. As such, the use of the phrase would not tend to draw a consumer's
26 attention. Where the HBDGAS phrase appears on the greeting cards, it only appears
27 within the inside of the greeting cards.
28 / / /

3

12.   As is standard for PRG's greeting cards, prominently featured on the 4th page (or back cover) of every card at issue in this lawsuit, centered above the price are the names, "Recycled Paper Greetings®," www.prgreetings.com, and "DCIStudios.com."

13.   The greeting cards at issue in this lawsuit were available to consumers at the various retailers between June 2012 and approximately March 2016.

14.   Plaintiff's name does not appear on the back cover of any of PRG's greeting cards.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed at Chicago, Illinois this ____ day of September, 2016.

_____

*Aaron Siegel, Declarant*

83768445v1