**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER GORDON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DRAPE CREATIVE, INC., et al.,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 15-04905 JFW (PLAx)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE COUNTERCLAIMANTS' SECOND COUNTERCLAIM PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>[Fed.R.Civ.P. 41] |

　　　　THE COURT, having read and considered the Parties' Stipulation Re Dismissal without prejudice of Counterclaimants, DRAPE CREATIVE, INC. and PAPYRUS-RECYCLED GREETINGS, INC.'s Second Counterclaim, and good cause appearing therefor, ORDERS AS FOLLOWS:

　　　　Count Two of the Counterclaim, located within Court Document No. 46, is hereby **DISMISSED WITHOUT PREJUDICE**.

DATED: October 26, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　United States District Judge