# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:15-cv-04905-JFW-PLAx          Date 10/26/16

Title: Christopher Gordon v. Drape Creative, Inc., et al.

Present: The Honorable John F. Walter

| S. Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present          Not Present

Proceedings:    ☒ In Court          ☐ In Chambers          ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 10/26/16 [96] .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____ .

Initials of Preparer ____sr____